**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ener1, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-2479377** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3619 W 73rd St.,  Ste 2** **Anderson, IN 46011** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Madison** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://enerdel.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Ener1, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3314__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Ener1, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | | _____ |
| District | _____ | When | _____ | Case number, if known | | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Ener1, Inc.**                                                Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☑ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Ener1, Inc.**
<br>Name                                                      Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2023**
<br>MM / DD / YYYY

**X** **/s/ Paul Herbert**                                    **Paul Herbert**
<br>Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Hokanson**                        Date  **July 13, 2023**
<br>Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey A. Hokanson 14579-49**
<br>Printed name

**Ice Miller LLP**
<br>Firm name

**One American Square**
<br>**Suite 2900**
<br>**Indianapolis, IN 46282-0200**
<br>Number, Street, City, State & ZIP Code

Contact phone    **(317) 236-2236**      Email address    **Jeff.Hokanson@icemiller.com**

**14579-49 IN**
<br>Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ener1, Inc.**

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF INDIANA**

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2023**            *X* **/s/ Paul Herbert**
_____            _____
                                           Signature of individual signing on behalf of debtor

                                           **Paul Herbert**
                                           _____
                                           Printed name

                                           **President**
                                           _____
                                           Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Ener1, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................................    $          **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $      **1,690.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $      **1,690.00**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **147,122,386.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $      **53,373.62**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **77,115,543.29**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                               $    **224,291,302.91**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Ener1, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Financial Bank** | **Checking** | **0590** | $130.00 |
| 3.2. | **First Merchants Bank** | **Checking** | **8847** | $70.00 |
| 3.3. | **First Merchants Bank** | **Checking** | **9961** | $1,490.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $1,690.00 |
   |---|

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

Debtor    **Ener1, Inc.**                                    Case number *(If known)* _____
_____
Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:     % of ownership |  |  |

| 15.1. | **EnerDel, Inc.** | **100** % | **N/A** | **$0.00** |
|---|---|---|---|---|

| 15.2. | **EnerFuel, Inc. (defunct entity)** | **100** % | **N/A** | **$0.00** |
|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                              **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Debtor    **Ener1, Inc.**                                            Case number *(If known)* _____
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

�■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Possible income tax refund (return not yet filed;<br>anticipated NOL)** | Tax year **2022** | **Unknown** |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Ener1, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,690.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,690.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,690.00 |

**Fill in this information to identify the case:**

Debtor name __**Ener1, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bzinfin, S.A.** | **Describe debtor's property that is subject to a lien** | $115,820,364.00 | $1,690.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Nicholas Brunero,
Holland & Knight
Holland & Knight
31 W 52nd St
New York, NY 10019**

Creditor's mailing address

**nicholas.brunero@hklaw.com**

Creditor's email address, if known

**Date debt was incurred
Several promissory notes
since March of 2012**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All company assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Bzinfin, S.A.** | **Describe debtor's property that is subject to a lien** | $31,302,022.00 | $1,690.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Nicholas Brunero,
Holland & Knight
Holland & Knight
31 W 52nd St
New York, NY 10019**

Creditor's mailing address

**All company assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
Several promissory notes**

Debtor  **Ener1, Inc.**
_____
Name

Case number (if known) _____

**back to 2012**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

| 2.3 | **Utica Leaseco, LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**905 South Boulevard East**
**Rochester, MI 48307**
_____
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$147,122,386.00** |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Ener1, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Marion County Treasurer**<br>**PO Box 6145**<br>**Indianapolis, IN 46206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,373.62** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number **6731**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**1st Class Painting LLC**<br>**6468 Royal Oakland Dr**<br>**Indianapolis, IN 46236**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**24M Technologies Inc**<br>**130 Brookline St**<br>**Cambridge, MA 02139**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Possible warranty claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor    **Ener1, Inc.**
　　　　　Name

Case number *(if known)* _____

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3D Maritime Inc**
**36285 Nico Wynd Dr**
**Surrey  BC  V4P 1J3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A&M Door Inc**
**5508 Elmwood Ave  #303**
**Indianapolis, IN 46203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A&R Erectors Inc**
**1605 Country Club Rd**
**Indianapolis, IN 46234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AAA Exterminating Inc**
**PO Box 2170**
**Noblesville, IN 46061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AAVID Thermalloy India Private Ltd**
**Nexus Industrial Park Phase 2**
**Kotambi Halol-Vadodara Rd**
**Vadodara Gujarat 391510**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ABC Transmission Ltd**
**9300 192nd St**
**Surrey  BC  V4N3R8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ABC Transmissions Ltd**
**9357 193rd St**
**Surrey BC  V4N4E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**

**AC Transit**
**1100 Seminary Ave**
**Oakland, CA 94621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Accounting Principles**
**Dept CH 140341**
**Palatine, IL 60055-4031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

**ACME Plumbing Service**
**3702 N Shadeland Ave**
**Indianapolis, IN 46226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Actacell Energy Systems Inc**
**2105 Donley Dr  #200**
**Austin, TX 78758-4510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

**ADP Inc**
**PO Box 78415**
**Phoenix, AZ 85062-8415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Advisa USA**
**PO Box 3039**
**Carmel, IN 46082**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

**AES Indiana #2699**
**PO Box 110**
**Indianapolis, IN 46206-0110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.                                    Case number *(if known)*
_____                    _____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AES LLC**
**7-812-500-85-36**
**Poligrafmashevskii PR  D3 C A KV.1**
**St Petersburg Russia**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AFC Industries Inc**
**3795 Port Union Rd**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AFCO Credit Corporation**
**PO Box 360572**
**Pittsburgh, PA 15250-6572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314,648.00 |
|---|---|---|---|

**AFCO Finance**
**4501 College Blvd  #320**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Commercial Insurance_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AIG North America Inc**
**PO Box 11590**
**Newark, NJ 07193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AION Technology**
**Lightning Motor Company**
**933 American St**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Airgas USA LLC**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____   Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.24**  Nonpriority creditor's name and mailing address

Alan Knuckles
1101 W 4th St
Alexandria, IN 46601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25**  Nonpriority creditor's name and mailing address

Albert Petichenskiy
7154 Fisher Island Dr
Miami Beach, FL 32139

Date(s) debt was incurred  4/11/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

**$26,785.42**

---

**3.26**  Nonpriority creditor's name and mailing address

Aldering Castor LLP
47 S Pennsylvania St  #700
Indianapolis, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.27**  Nonpriority creditor's name and mailing address

Alexey Pikalov
152 E New York St
Indianapolis, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28**  Nonpriority creditor's name and mailing address

Alexis Kalugyer
1230 S State Ave
Indianapolis, IN 46203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.29**  Nonpriority creditor's name and mailing address

ALF Consulting SA
Rue du Marche 13
1204 Geneva
SWITZERLAND

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

**$383,059.44**

---

**3.30**  Nonpriority creditor's name and mailing address

Allied Automation Inc
5220 E 64th St
Indianapolis, IN 46220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Ener1, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.31** | Nonpriority creditor's name and mailing address
**Allied Wire & Cable**
**PO Box 26157**
**Collegeville, PA 19426**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.32** | Nonpriority creditor's name and mailing address
**Allison Transmission**
**Indianapolis Plant Operations**
**PO Box 7120**
**Indianapolis, IN 46206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.33** | Nonpriority creditor's name and mailing address
**Allison Transmission Inc**
**Attn Accounts Receivable MS L-28**
**PO Box 7120**
**Indianapolis, IN 46206-7120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34** | Nonpriority creditor's name and mailing address
**Amazon.com**
**PO Box 035184**
**Seattle, WA 98124-5184**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** | Nonpriority creditor's name and mailing address
**American Association of Notaries**
**7438 Park Place Blvd**
**Houston, TX 77087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36** | Nonpriority creditor's name and mailing address
**American Health and Wellness Group**
**11555 N Meridan St  #530**
**Carmel, IN 46032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37** | Nonpriority creditor's name and mailing address
**American Heart Saver**
**PO Box 173272**
**Tampa, FL 33672**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Ener1, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.38** | Nonpriority creditor's name and mailing address

**American Plastic Molding Corp**
**965 S Elm St**
**Scottsburg, IN 47170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**American Public Trans Assoc**
**313 S Patrick St**
**Alexandria, VA 22314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**AMP HPC**
**12 Ronan Cres**
**Woodbridge  ON  L4H2J7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

**Amphenol Industrial Operations**
**40-60 Delaware Ave**
**Sidney, NY 13838**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Amphenol Sincere Flex Co Ltd**
**No A Wanan Industrial Park**
**Lanhe Town  Panyu District**
**Guangzhou  511480**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Amphenol Tech Products Int'l Co**
**2110 Notre Dame Ave**
**Winnipeg  R3H 0K1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**AMPM Inc**
**PO Box 1887**
**Midland, MI 48641-1887**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address

**Angela M Nuttle**
dba Corporate Talent Institute
704 S State Rd 135  Ste D395
Greenwood, IN 46143

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.46** | Nonpriority creditor's name and mailing address

**Antenna Digital**
LOCKBOX #2
PO Box 95000
Philadelphia, PA 19195-0001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.47** | Nonpriority creditor's name and mailing address

**Anthem Blue Cross Blue Shield**
PO Box 645438
Cincinnati, OH 45264-5438

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.48** | Nonpriority creditor's name and mailing address

**AOS Thermal Compound**
22 Meridian Rd  #6
Eatontown, NJ 07724

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.49** | Nonpriority creditor's name and mailing address

**Aramark Refreshment Services**
PO Box 21971
New York, NY 10087-1971

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address

**Arase Financial PTC Inc**
Akara Bld  24 De Castro Street
Wickhams Cay 1 Road Town
TORTOLA BRITISH ISLANDS

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$39,766,810.77**

---

**3.51** | Nonpriority creditor's name and mailing address

**Arbin Instruments**
762 Peach Tree Cut Off Rd
College Station, TX 77845

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.                                         Case number *(if known)* _____
_____
         Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Art Craft Display**
**47220 Cartier Dr  Ste B**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Asahi Kasei Corporation**
**Hibiya Mitsui Tower**
**1-1-2 Yurakucho  Chiyoda-Ku**
**Tokyo  100-006**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**ASAP Aquatics**
**3310 N Shadeland Ave**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**ASQ**
**Accounts Receivable**
**PO Box 555**
**Milwaukee, WI 53203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Aston Carter Inc**
**7301 Parkway Dr**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Astro Chemicals Inc**
**126 Memorial Dr**
**PO Box 2248**
**Springfield, MA 01102-2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8003**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred  _

Last 4 digits of account number  **9771**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred  _

Last 4 digits of account number  **9683**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.61** | Nonpriority creditor's name and mailing address

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.62** | Nonpriority creditor's name and mailing address

**ATC Drivetrain**
**10001 NW 2nd**
**Oklahoma City, OK 73127**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.63** | Nonpriority creditor's name and mailing address

**Atlassian (US) LLC**
**350 Bush St  13th Fl**
**San Francisco, CA 94104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.64** | Nonpriority creditor's name and mailing address

**Aurora Technologies Inc**
**19 Industrial Dr**
**Pacific, MO 63069**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.65** | Nonpriority creditor's name and mailing address

**Auto Technology Company**
**20026 Progress Dr**
**Strongsville, OH 44149**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor      Ener1, Inc.
_____                    Case number *(if known)* _____
            Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Automation & Modular Components**
10301 Enterprise Dr
Davisburg, MI 48350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B3CG**
CNTA  Door 18   1249 Montee Mason
Laval Quebec  H7E4P2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BAE Systems**
8 Hayes Ave
Endicott, NY 13760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BAE Systems Controls**
11215 Rushmore Dr
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Balboa Technologies Inc**
3857 Birch St  Unit 166
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barcodes Inc**
200 W Monroe St
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barracuda Networks Inc**
Dept LA 22762
Pasadena, CA 91185-2762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   Ener1, Inc.                                           Case number (if known) _____
_____
         Name

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BASF Corporation**
**BASF Battery Materials Section**
**8001 E Pleasant Valley Rd**
**Cleveland, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Battery Innovation Center**
**7970 S Energy Dr**
**Newberry, IN 47449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Battery Innovation Center Institute Inc**
**7970 S Energy Dr**
**Newberry, IN 47449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Battery Systems Inc**
**11899 Exit 5 Pkwy  #200**
**Fishers, IN 46037-8017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bauer Controls**
**44190 Plymouth Oaks Blvd**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BD3 Platform**
**1249 Montee Masson**
**Laval Quebec  H7E 4P2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Belflex Staffing Network**
**PO Box 950175**
**Louisville, KY 40295-0175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____       Case number (if known) _____
          Name

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernd Group**
**United Tech Research Center**
**411 Silver Ln**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BGBC Partners LLP**
**135 N Pennsylvania St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bitrode Corporation**
**9787 Green Park Industrial Dr**
**Saint Louis, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BL Downey Company LLC**
**2125 Gardner Rd**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Black & Veatch**
**11401 Lamar Ave**
**Overland, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bluefin Robotics**
**553 South St**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bluehost**
**1500 N Prist Dr**
**Suite 200   2nd Fl**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.   Case number *(if known)* _____
_____
Name

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bob's Master Safe and Lock**
**11650 Olio  Rd  #1000-279**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boland Technology Solutions Inc**
**1355 S 10th St**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Borg Warner**
**3800 Automation Ave**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bose McKinney & Evans LLP**
**111 Monument Cir #2700**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bowling Green State University**
**Central Srvs Bldg  Room 108B**
**Administration Bldg  Room 319**
**Bowling Green, OH 43403-0112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boyd Thermal Systems Hong Kong Ltd**
**5/F Manulife Pl**
**348 Kwun Tong Rd**
**KL  Hong Kong**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Braden Business Systems**
**8700 North St  #400**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.                                                    Case number *(if known)* _____
          Name

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Bradley Technologies of Illinois**
3635 Swenson Ave
Saint Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Branson Ultrasonics Corp**
PO Box 13739
Newark, NJ 07188-0739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Brent Watts**
1313 Greenhills Rd
Greenfield, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Brinkmann Instruments Srvs Inc**
PO Box 405562
Atlanta, GA 30384-5562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Brookville Equipment Corp**
Attn:  Haley Blazosky
175 Evans St
Brookville, PA 15825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Bruce J Silk**
90 Elm Tree Ln
Boca Raton, FL 33486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**Buca DiBeppo Indianapolis**
35 N Illinois St
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.                                          Case number (if known) _____
         Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burgess Mechanical Corp**
**12220 Southeastern Ave**
**Indianapolis, IN 46259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calendly**
**88 N Avondale Rd  #603**
**Avondale Estates, GA 30002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calgon Carbon Corporation**
**3000 GSK Dr**
**Moon Township, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**California Center for Sustainable Energy**
**8690 Balboa Ave  #100**
**San Diego, CA 92123-1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**California Employment Development Dept**
**PO Box 826276**
**Sacramento, CA 94230-6276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Capital Machinery Systems Inc**
**PO Box 330**
**Pendleton, IN 46064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caplugs**
**3012 Momentum Pl**
**Chicago, IL 60689-5330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____
Name

Case number (if known) _____

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Capture Me Photography**
**2741 Grand Fir Dr**
**Greenwood, IN 46143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Cardinal Integrated Systems LLC**
**1005 Grade Ln**
**Louisville, KY 40213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Career Builder LLC**
**13047 Collection Center Dr**
**Chicago, IL 60693-0130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carl Atzinger**
**14626 Bach Dr  Apt 618**
**Carmel, IN 46032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carlos Foianini**
**10904 Troxel Dr  Apt 204**
**Noblesville, IN 46060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carlton Fields PA**
**700 NW 1st Ave  #1200**
**Miami, FL 33136-9101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolina Initiatives**
**1896 Gap Creek Rd**
**Lyman, SC 29365**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.                                        Case number (if known) _____
         _____
         Name

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carolyn Cosgriff**
**dba Confidential Recruiting**
**825 Grant St**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carrier Tranicold**
**Attn: Tevor Padgett**
**700 Olympic Dr**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Castleton Lawn Care Services Inc**
**Dan Ciesniewski**
**11650 Olio Rd  #1000-246**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CEGEP De Sain Jerome**
**CDCQ/ITAQ  475 Rue Fournier**
**Saint Jerome  Quebec  J7Z 4V2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Central Power Systems & Services**
**9200 Liberty Dr**
**Liberty, MO 64068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Century Fasteners Corp**
**50-20 Ireland St**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CH Robinson International**
**2498 Perry Crossing Way #220**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   Ener1, Inc.                                          Case number *(if known)*  _____
_____
Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Champlain Cable Corp**
**175 Hercules Dr**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chicago Transit Authority**
**7801 S Vicnennes Ave**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Chris Bauer**
**3045 Oakmont Dr**
**Lapel, IN 46051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christine Bardsley**
**23970 Logans Ct.**
**Cicero, IN 46034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __VP of Finance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christy Paddock Advisors LLC**
**525 S Meridian St**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**CIL Electronics**
**dba CSI Electronics**
**1942 S Elizabeth St**
**Kokomo, IN 46902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,008.00 |

**Cincinnati Insurance Companies**
**6200 S Gilmore Rd**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Property Insurance__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Ener1, Inc.

Case number (if known) _____

Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.129**

**Nonpriority creditor's name and mailing address**

**Cintas Corporation #108**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Circle City Industrial LLC**
**PO Box 1129**
**Carmel, IN 46082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.131**

**Nonpriority creditor's name and mailing address**

**CIS Navigation**
**478 McGill St**
**Montreal  QC  H2Y 2H2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Cision US Inc**
**PO Box 417215**
**Boston, MA 02241-7215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Citizens Energy Group #2960000**
**PO Box 7056**
**Indianapolis, IN 46207-7056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Citizens Energy Group - Sadlier Circle**
**2020 N Meridian St**
**Indianapolis, IN 46202-1306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.135**

**Nonpriority creditor's name and mailing address**

**City and County of Honolulu**
**Oahu Transit Services**
**811 Middle St**
**Honolulu, HI 96819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Ener1, Inc.                                                     Case number (if known) _____
            Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.136**

**Nonpriority creditor's name and mailing address**
**City of Durham**
**1907 Fay St**
**Durham, NC 27704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**City of North Augusta**
**PO Box 6400**
**North Augusta, SC 29841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Clarke Power Services**
**8510 Farrington Rd**
**Colfax, NC 27235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139**

**Nonpriority creditor's name and mailing address**
**Clarke Power Services Inc**
**PO Box 710157**
**Cincinnati, OH 45271**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Clifton Larson Allen LLP**
**PO Box 775447**
**Chicago, IL 60677-5447**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**CNTA**
**1249 Montee Masson**
**Laval Quebec  H7E4P2**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Coast Mountain Bus Company**
**3750 Kitchener St**
**Burnaby BC  V5C 3L6**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.
_____   Case number (if known) _____
Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Comcast #4682**
**PO Box 7500**
**Southeastern, PA 19398-7500**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Comcast #6837**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Comcast Business #1996**
**PO Box 8587**
**Philadelphia, PA 19107-8587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Comcast Business #8638**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Comemso Electronics GMBH**
**Karlsbader Str 13**
**Ostfildern 73760**
**GERMANY**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CommercePoint Inc**
**1406 Lower Campus Rd  #41**
**Honolulu, HI 96822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Commercial**
**1249, Montee Masson**
**Laval Quebec  H7E 4P2**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ener1, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Commercial Finishing Corp**
**7199 English Ave**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Community Occup Health Services**
**7169 Solution Center**
**Chicago, IL 60677-7001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,754,460.00**

**Compal USA (Indiana) Inc**
**521 5th Ave  11th Fl**
**New York, NY 10175**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Computer Aided Technology Inc**
**165 Arlington Heights Rd  #101**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Concord Battery Corp**
**2009 San Bernadino Rd W**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Concote Corporation dba Insul-FAB**
**PO Box 679038**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Conserv Inc**
**814 N Delaware St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ener1, Inc.**
_____
Name                                          Case number *(if known)* _____

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Continental Teves Ag & Co**
**Temic Berlin Automotive Elect MotorsGMBH**
**NEUS UFER 29**
**Berlin, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Possible warranty claim__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Core Business Solutions Inc**
**PO Box 631**
**Lewisburg, PA 17837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cornerstone Environment H&S Inc**
**880 Lennox Ct**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cort Events**
**4904 Century Plaza Rd**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cracker Barrel Old Country Store**
**3840 Eagle View Dr**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crane 1 Services Inc**
**PO Box 88989**
**Milwaukee, WI 53288-8989**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crates & Pallets**
**PO Box 49**
**386 E Brookville Rd**
**Fountaintown, IN 46130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number *(if known)* _____
Name

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Crescent Electric Supply Co**
PO Box 550
7750 Dunleith Dr
East Dubuque, IL 61025-4420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Crossroads of America Council**
7125 Fall Creek Rd N
Indianapolis, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Crown Equipment Corporation**
44 S Washington St
New Bremen, OH 45869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Crown Lift Trucks**
PO Box 641173
Cincinnati, OH 45264-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CSC/Corporation Service Company**
PO Box 13397
Philadelphia, PA 19101-3397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CSI Electronics**
1942 S Elizabeth St
Kokomo, IN 46902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cubicles.com**
34 S Ridge Rd
Pomona, NY 10970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Ener1, Inc.
_____
Name

Case number (if known) _____

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cullen Diesel**
193rd St
Surrey  BC  V4N 4E7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cummins Inc**
500 Jackson St
Columbus, IN 47403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Daehyun St Co Ltd**
178-4 Deogeun-RI
Paltan-Myeon
Hwasung-si Kyunggi-do
REPUBLIC OF KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Dalhousie University**
1360 Barrington St  PO Box 15000
Halifax NS B3H 4R2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Dana Canada Corporation**
PO Box 77501
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Danger Labs LLC**
7251 Steinmeier Dr
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Dannar**
3 Research Way
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Ener1, Inc.**
_____     Case number *(if known)* _____
Name

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davtyan David Mikhailovich**
**35/2 Akademika Millionshikova Street 105**
**Moscow  Russia  115446**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daytronic Corporation**
**2566 Kohnie Dr**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DCS Line New York**
**2075 91st St   Unit C**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deem LLC**
**11201 USA Parkway  #200**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Business Credit #793**
**PO Box 5275**
**Carol Stream, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Computer Corporation**
**Dell Marketing LP**
**3555 Timmons Ln**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Financial Services #516**
**Payment Processing Center**
**PO Box 6410**
**Carol Stream, IL 60197-6410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dell Financial Services 517.518**
**Payment Processing Center**
**PO Box 6547**
**Carol Stream, IL 60197-6549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dell Marketing LP**
**c/o Dell USA LP**
**PO Box 802816**
**Chicago, IL 60680-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Delta Motorsport Ltd**
**Unit 2250 Silverstone Technology Park**
**Silverstone Northhamptonshire NN12 8GX**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Denzel E Drive GMBH**
**Erdbergstrasse 189-193**
**Wien 1030**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Department of Energy**
**City & County of Honolulu**
**811 Middle St**
**Honolulu, HI 96819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Department of Homeland Security**
**302 W Washington St  Rm 246**
**Indianapolis, IN 46204-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Chandler**
**102 S Morrson Rd**
**Muncie, IN 47304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____   Case number (if known) _____
         Name

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DGS Diesel - UND Getriebeservice GMBH**
**Wernher-von-Stabe 11**
**Mainz Hechstsheim  D-55129**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dhairyasheel Pawar**
**8470 Whipporwill Dr   Apt C**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Digi Key Corp**
**701 Brooks Ave S**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DIVSYS International-ICAPE LLC**
**8102 Zionsville Rd**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DIVSYS International-ICape LLC**
**8102 Zionsville Rd**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Docusign**
**14800 Frye Rd  2nd Fl**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Doe National Energy Technology Lab**
**Morgantown Campus**
**3610 Collins Ferry Rd**
**Morgantown, WV 26507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____     Case number (if known) _____
Name

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**DS Tech**
**1275 Rue Newton Local 15**
**Boucherville  QC  J4B 5H2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dunham Rubber & Belting Corp**
**PO Box 47249**
**Indianapolis, IN 46247-0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dynapower Co**
**85 Meadowland Dr**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**E Car Service**
**UID ATU65905069**
**Eigenheim 7 6850 Dornbirn**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**E on Technologies GMBH**
**Alexander Von Huboldt Str 1**
**45896 Gelsenkirchen**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**e-AAM Driveline Systems AB**
**Nohabgatan 18E**
**SE-461 53 Trollhatten**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Eagle Rock Specialties**
**Idaho National Labs**
**2299 W Omni Dr**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____                    Case number (if known) _____
Name

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eastern Engineering Supply Inc**
**2810 N Wheeling Ave**
**Muncie, IN 47303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eaton Corporation**
**7250 Flint Dr**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EBM-PAPST Automotive & Drive**
**PO Box 416381**
**Boston, MA 02241-6381**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eclipse Energy**
**1752 Fields Blvd**
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EDA Inc**
**Engineering Design & Automation**
**5600 N US Highway 41**
**PO Box 5173**
**Terre Haute, IN 47805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EDLO Sales & Engineering Inc**
**407 Yorktown Rd**
**Logansport, IN 46947**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Efficient Drivetrains Inc**
**1000 Business Park Dr  Ste B**
**Dixon, CA 95620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____
Name

Case number (if known) _____

| 3.213 | **Nonpriority creditor's name and mailing address**<br>**Efile4Biz**<br>**3300 Gateway Dr**<br>**Pompano Beach, FL 33069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.214 | **Nonpriority creditor's name and mailing address**<br>**Egenolf Industrial Group Inc**<br>**PO Box 1991**<br>**Indianapolis, IN 46206-1991**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.215 | **Nonpriority creditor's name and mailing address**<br>**Elbilmek AS**<br>**Snaroyveien 73**<br>**Fornebu 1367   MOB 968 017 16**<br>**NORWAY**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address**<br>**Electrans Technologies Ltd**<br>**Canadian Bron LTD  2021 Spears Rd**<br>**Oakville  ON  L6L 2X8**<br>**CANADA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address**<br>**Electric Vehicle Club of Purdue**<br>**451 N Grant St  Apt 7**<br>**West Lafayette, IN 47906**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.218 | **Nonpriority creditor's name and mailing address**<br>**Electro Enterprises Inc**<br>**3601 North I-35 Service Rd**<br>**Oklahoma City, OK 73111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address**<br>**Electronic Mobility Automotive AG**<br>**Praternisel 3-4**<br>**Munich D-80538**<br>**BAVARIA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|

Debtor    Ener1, Inc.                                        Case number (if known) _____
_____
           Name

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Element Materials Technology Chicago**
**194 International Blvd**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elevated Logistics Group LLC**
**PO Box 6065**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elgin Fastener Group**
**26063 Network Pl**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elroy Air**
**1500 Michigan St**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elwod Staffing Services Inc**
**PO Box 1024**
**Columbus, IN 47202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EMA Design Automation**
**225 Tech Park Dr**
**Rochester, NY 14692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emera Technologies**
**702 N Franklin St #100**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Ener1, Inc.**                                              Case number *(if known)* _____
　　　　　Name

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emerging Power Inc**
**244 Wood St**
**PO Box 9184**
**Lexington, MA 02420-9108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EMP Technical Group**
**17450 Tiller Ct**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,746,864.88** |
|---|---|---|---|

**Endros Group Ltd**
**Akara Bldg  24 De Castro Street**
**Wickhams Cay 1**
**TORTOLA BRITISH ISLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Enerboost DOO**
**Barjanska cesta 70**
**Ljubljana Slovenia 1000**
**SLOVENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Enerdel Inc**
**2 Avtomotornaya St Moscow**
**Moscow  125438**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EnerDel Warranty**
**3619 W 73rd St  #2**
**Anderson, IN 46011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EnerDel-IEGO**
**3619 W 73rd St  #2**
**Anderson, IN 46011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.234**

**Nonpriority creditor's name and mailing address**

**Energetech Co**
**dba Electric Car Company**
**7427 S Main St**
**Midvale, UT 84047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235**

**Nonpriority creditor's name and mailing address**

**Energy Systems Network**
**111 Monument Cir  #1800**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**

**Enertech International Inc**
**296 Chungjuhosu Ro**
**Chungju-City**
**Chungbuk 27432**
**REPUBLIC OF KOREA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,462,574.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services 175,206.40 plus 1,287,368.41**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**

**Nonpriority creditor's name and mailing address**

**Enerz**
**19 Lyalin Lane**
**Building 1**
**Moscow  105062**
**RUSSIAN FEDERATION**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**

**Enerz Ltd**
**20A Aptekarskala EMB**
**Saint Petersburg 197022**
**RUSSIAN FEDERATION**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**

**EnPower**
**2155 W Pinnacle Peak Rd  #120**
**Phoenix, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Epignosis LLC**
**315 Montgomery St  9th Fl**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____                    Case number *(if known)* _____
         Name

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ergo-Office Furniture LLC**
**2525 N Shadeland Ave  Bldg 60**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Espec North America Inc**
**4141 Central Pkwy**
**Hudsonville, MI 49429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Essentra Components**
**2 Westbrook Corporate Center**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Estes Design and Manufacturing Inc**
**470 S Mitthoeffer Rd**
**Indianapolis, IN 46229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVC Group SRO**
**Nadrazni 804**
**Hulin 768 24**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVC Racing**
**11339 Valley Meadow Dr**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVOA LLC**
**805 Marina Rd**
**Titusville, FL 32796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____        Case number (if known) _____
         Name

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Evolve Electrics**
**5735 Arapahoe Ave  Unit C**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Experbuy France**
**Labinal Power Systems-Reau**
**Rond Point Rene Ravaud**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fabryka Samochodow Osobowych Syrena**
**Jozefow Street 9**
**Kutno 99-300**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Facturation Parc - Society De Transport**
**800 DeLa Gauchetiere Oest 8440**
**Montreal QC H5A 1J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Faegre Drinker Biddle & Reatch LLP**
**PO Box 856522**
**Minneapolis, MN 55485-6522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fahrenheit IT**
**115 W Washington St  #1220**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Farasis**
**West Side of Caidie Road**
**North Side of Jinling West Road**
**Ganzhour City,  Jiangxi Province**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Ener1, Inc.**      Case number *(if known)* _____

Name

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fast Lane Recuitment Group LLC**
**1175 Paper Chase Ct**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fastenal Company**
**PO Box 978**
**Winona, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx**
**6648 S Permiter Rd**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx 2715-5**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx 2793-2**
**Dept CH PO Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx 7952-6**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx 8145-4**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____                    Case number *(if known)*    _____
           Name

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.262**

**Nonpriority creditor's name and mailing address**

**FedEx Freight #9526**
**Dept Ch PO Box 10306**
**Palatine, IL 60055-0306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**FedEx Freight 1179**
**Dept CH    PO Box 10306**
**Palatine, IL 60055-0306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**FedEx Freight 1874-3**
**PO Box 94515**
**Palatine, IL 60055-0306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**FedEx Trade Networks**
**PO Box 842206**
**Boston, MA 02284-2206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**FedEx Wholesale Collections**
**3965 Airways Blvd  Module G  3rd Fl**
**Memphis, TN 38116**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**First Advantage Background Serv**
**PO Box 403532**
**Atlanta, GA 30384-3532**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**First Call Temporary Services Inc**
**PO Box 7096**
**Dept 252**
**Indianapolis, IN 46207**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Ener1, Inc.**                                                      Case number *(if known)* _____
_____
          Name

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Financial Bank**
**300 Meridian St  #300**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Financial Bank - VISA**
**PO Box 42070**
**Middletown, OH 45042-0070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fisker Automotive Inc**
**19 Corporate Park**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flagship Enterprise Center Inc**
**2705 Enterprise Dr**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flame Enterprises**
**21500 Gledhill St**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flex-Cable**
**5822 Henkel Rd**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flexware Innovation Inc**
**9128 Technology Ln**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     Ener1, Inc.
_____     Case number *(if known)* _____
           Name

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florida Department of State**
**Division of Corporation**
**2415 N Monroe St  #810**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Florida Detroit Diesel**
**6750 Presidents Drive**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fluid Air Engineering Inc**
**5775 W 74th St**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Flying Colors Group LP**
**1506 Wheelbarrow Creek Rd**
**Stevensville, MT 59870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**FNS Inc**
**1545 Francisco St**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**FORI Automation**
**13231 23 Mile Rd**
**Shelby Township, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fotronic Corporation**
**dba Test Equipment Depot**
**99 Washington St**
**Melrose, MA 02176-6024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   Ener1, Inc.   Case number (if known) _____
_____
Name

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fred Pryor Learning Solutions**
**PO Box 219468**
**Kansas City, MO 64121-9468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Front Panel Express**
**1015 Central Ave N**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fujipoly American Corp**
**PO Box 119**
**Carteret, NJ 07008-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**FUNDACAO CPQD - Rue Doutor Recardo**
**Benetton Martins SN Parque II Do Polo De**
**Alta Technolgia Campinas AP**
**BRAZIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**GAFFOGLIO FAMILY METALCRAFTERS,**
**INC.**
**11161 SLATER AVENUE**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Galbraith Laboratories Inc**
**2323 Sycamore Dr**
**Knoxville, TN 37921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**General Devices Co Inc**
**1410 S Post Rd**
**Indianapolis, IN 46239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Ener1, Inc.                                              Case number (if known) _____
_____
Name

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**GENERAL DYNAMICS LAND SYSTEMS**
**1161 BUCKEYE ROAD**
**Lima, OH 45804-1815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**George E Missbach & Company**
**3715 Norhtside Pkwy NW  Ste 3-675**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Gerweiss Motors Corporation**
**36 Armstrong Villas Armstrong Ave**
**Moonwalk Paranaque City Metro Manilla**
**PHILLIPINES**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**GFE MacArthur Investments LLC**
**757 N Broadway  #700**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**GH Packaging**
**Product Testing & Consulting Inc**
**4090 Thunderbird Ln**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Gibson Teldata Inc**
**PO Box 3000**
**Terre Haute, IN 47803-0115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**GIMS Inc**
**RM506, 5F, Miwon Bldg**
**70, Gukjegeumyung-Ro**
**Yeondgeungpo-Gu  Seoul 07333**
**REPUBLIC OF KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.                                             Case number *(if known)*
_____
Name

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Global Industrial Equipment**
29833 Network Pl
Chicago, IL 60673-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Global Plastics Inc**
6739 Guion Rd
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Golden Lakes Investment Ltd**
Rm 1201 Building A11  No 2 District
San Li He XI Cheng District
Beijing  China
PEOPLES REPUBLIC OF CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Goodwolfe Energy Limited - Units 27/28**
Laurance Industrial Estate Eastwoodbury
Southend-on-Sea Essex SS2 6RH
ENGLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gordon Food Service Store**
9540 Masters Rd
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gordon Fournaris & Mammarella PA**
1925 Lovering Ave
Wilmington, DE 19806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grainger**
1657 Shermer Rd
Northbrook, IL 60062-5362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Grant Thornton**
**33562 Treasury Center**
**Chicago, IL 60694-3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Great Lakes Tape Corp**
**dba GLT International**
**2961 Bond St**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GREATER CLEVELAND RTA**
**1240 WEST 6TH STREET**
**Cleveland, OH 44113-1331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GREATER LYNCHBURG TRANSIT**
**COMPANY**
**ACCOUNTS PAYABLE**
**P.O. BOX 11286**
**Lynchburg, VA 24506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GreatLink USA**
**44168 S Grimmer Blvd**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Greenfield Global USA Inc**
**PO Box 67000**
**Detroit, MI 48267-2675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Greentree Electronics Ltd**
**53 Metudela St**
**Tel Aviv**
**ISRAEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
      Name

Case number *(if known)* _____

| | |
|---|---|
| **3.311** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**3.311**

**Nonpriority creditor's name and mailing address**

**Greenway Operator AS**
**Bajkalska 5/B**
**831 04 Bratislava**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.312**

**Nonpriority creditor's name and mailing address**

**Guardian**
**PO Box 95101**
**Chicago, IL 60694-5101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313**

**Nonpriority creditor's name and mailing address**

**Guardian Life Insurance Company**
**PO Box 677458**
**Dallas, TX 75267-7458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314**

**Nonpriority creditor's name and mailing address**

**H & Friends Freight Inc**
**145-43 226th St**
**Springfield Gardens, NY 11413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315**

**Nonpriority creditor's name and mailing address**

**H2S Solutions**
**20409 Yorba Linda Blvd  #228**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Hagerman Security/Investigations**
**8552  S 400 E**
**Markleville, IN 46056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317**

**Nonpriority creditor's name and mailing address**

**Hamilton County Treasurer**
**33 N 9th St  #112**
**Noblesville, IN 46060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      Ener1, Inc.                                                           Case number (if known) _____
            Name

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hancock County Treasurer**
**111 American Legion Pl  #205**
**Greenfield, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hankuk Fiber Co Ltd**
**181 1 Yongji-Ri  Bubuk-Myun**
**Miryang-Si  Kyungnam**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harbor Freight**
**5703 E 86th St**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HARDT ELECTRIC**
**4909 N ELSTON**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harendorfer Machine Inc**
**550 O'Byrne Ave**
**Louisville, KY 40233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harvest CROO, LLC. (4FX)**
**251 SOUTH 78TH STREET**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hayes Young Law LLC**
**133 W Market St  #332**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____     Case number *(if known)* _____
Name

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hazmat Safety Consulting LLC**
**1765 Duke St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Heather Jaeger**
**701 W 72nd St**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Heritage Interactive Services LLC**
**PO Box 681490**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HG Engineers**
**142 Eglin Pkwy SE**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**High Impact Solutions**
**20793 Farmington Rd  #13**
**Farmington, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hilary Goodnight**
**3303 Wild Ivy Cir**
**Indianapolis, IN 46227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hioki USA Corporation**
**6600 Chase Oaks Blvd  #150**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
        Name

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holland & Knight**
**PO Box 864084**
**Orlando, FL 32886-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Honda R&D Europe Germany GMBH**
**Carl-Legien-Strasse 30**
**63073 Offenbach**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hoosier Gasket Corp**
**2400 Enterprise Park Pl**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Horizon House Inc**
**1033 E Washington St**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Horner Industrial Services Inc**
**1521 E Washington St**
**Indianapolis, IN 46201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**HR Pro/Bancorpsv**
**1423 E 11 Mile Rd**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hunter Lift TLD**
**11233 South Ave**
**North Lima, OH 44452-9731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.

Case number *(if known)*

Name

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HVR Advanced Power Components Inc**
**2090 Old Union Rd**
**Cheektowaga, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hyatt House**
**11455 Ikea Way**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hyundai Heavy Industries Co Ltd**
**1 Cheon Ha Dong**
**Dong-Gu Ulsan**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ Possible warranty claim _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**I-Gear Inc**
**8016 Vinecrest Ave**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ICC Business Products**
**PO Box 26058**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ICS Chillers**
**3335 Minnesota Ln N**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ID TechEx.com**
**One Boston Pl  #2600**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
              Name

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IDEAL POWER CONVERTERS**
**4210 FREIDRICH LANE**
**Suite 100**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Idesco Corp**
**37 W 26th St  10th Fl**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IEWC Holdings Corp**
**5001 S Towne Dr**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**IHS Global Inc**
**dba Global Engineering Documents**
**PO Box 911501**
**Denver, CO 80291-1501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ikonix USA**
**28105 N Keith Dr**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Incodema Inc**
**407 Cliff St**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Indiana Chamber of Commerce**
**115 W Washington St  Ste 850 S**
**Indianapolis, IN 46204-3497**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number *(if known)* _____
          Name

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Department of Revenue**
**100 N Senate Ave**
**IGCN  Rm N105**
**Indianapolis, IN 46204**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Dept of Environmental Mgmt**
**PO Box 3295**
**Indianapolis, IN 46206-3295**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Dept of Homeland Security**
**Fiscal Dept  Rm E221**
**302 W Washington St**
**Indianapolis, IN 46204**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Dept of Revenue**
**PO Box 6032**
**Indianapolis, IN 46206-6032**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Filter Supply Inc**
**5850 Kopetsky Dr  Ste F**
**Indianapolis, IN 46217**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**INDIANA OFFICE OF ENERGY**
**DEVELOPMENT**
**1 NORTH CAPITOL SUITE 600**
**Indianapolis, IN 46204**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Indiana Professional Licensing Agency**
**402 W Washington St  Rm W072**
**Indianapolis, IN 46204**

 ☐ Contingent
 ☐ Unliquidated
 ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   Ener1, Inc.
         _____           Case number (if known) _____
         Name

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Indiana Secretary of State**
**200 W Washington St  Rm 201**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Indiana Stamp Companies**
**1319 Production Rd**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Indiana State Police**
**PO Box 6188**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Indianapolis Power & Light - Sadler Cir**
**PO Box 110**
**Indianapolis, IN 46206-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**INDPLS COMM DEV BLOCK GRANT**
**BEUMER CONSULTING**
**PO Box 219**
**Farmland, IN 47340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Indy Chamber**
**111 Monument Cir  #1950**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**INDY POWER SYSTEMS**
**7702 MOLLER ROAD**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____          Case number *(if known)* _____
          Name

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Infinity Printing and Promotions**
**14563 Sowers Dr**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Informa Markets Manufacturing LLC**
**25589 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**InfoTrac**
**200 N Palmetto St**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INSCCU ASFE**
**PO Box 6271**
**Indianapolis, IN 46206-6271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Insight Direct USA Inc**
**PO Box 731069**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Interstate Power Systems**
**NW 7244**
**PO Box 1450**
**Minneapolis, MN 55485-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Interstate Power Systems**
**21568 Highview Ave**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number *(if known)* _____
Name

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intertek Testing Services NA Inc**
PO Box 405176
Atlanta, GA 30384-5176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INTERTEK TESTING SERVICES NA INC**
45000 Helm St, Suite 150
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irish Mechanical Services Inc**
7008 E 43rd St
Indianapolis, IN 46226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Iron Mountain**
PO Box 27128
New York, NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**iSolutions Services**
2700 Still Creek Dr
Zionsville, IN 46077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Itochu Corporation**
Itochu Corporation5-1 Kita-Aoyama
2-Chometokyo 5-1-Kita-Aoyama  2-Chome
Tokyo  107-8077
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Itochu Corporation**
Tokvu Section
5-1 Kita-Aoyama  2-Chome
Minato-Ku Tokyo  107-8077
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Ener1, Inc.
_____     Case number (if known) _____
          Name

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Itochu Europe**
**The Broadgate Tower - 20 Primrose Street**
**London EC2A 2EW**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ja'Len Edwards**
**6565 Bergeson Way**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jama Software Inc**
**135 SW Taylor St  #200**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jamac Inc**
**422 Buchanan St**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Babcock Inc**
**2925 N Mitthoeffer Pl**
**Indianapolis, IN 46229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Bowman**
**8221 Sargent Rd**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jani-King of Indianapolis**
**6960 Corporate Dr**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.
_____      Case number (if known) _____
         Name

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jay-Crew Landscaping Inc**
**2901 S Gharkey St**
**Muncie, IN 47302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JBS Services**
**346 Creekstone Dr**
**Indianapolis, IN 46239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeff Dick**
**325 N 14th St**
**Middletown, IN 47356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JEM Electronics**
**23 National Dr**
**Franklin, MA 02038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jofemar SA Hidrownew XXII SL**
**Ctra Marcilla KM 2**
**31350 Peralta Navarra**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnson & Towers Inc**
**PO Box 7788**
**Portsmouth, VA 23707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnson & Towers Inc**
**Attn:  Brent Corman**
**500 Wilson Point Rd**
**Middle River, MD 21220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____
         Name
Case number (if known)   _____

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Joshua Davis
2811 N 125 W
Greenfield, IN 46140-8619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jules and Associates Inc
515 S Figueroa St  #1900
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

JX Nippon Mining & Metals
6-3 Otemachi  2-Chome
Chiyoda-Ku
Tokyo  100-8164
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

K&K MANUFACTURING INC
951 9 MILE ROAD N W
Sparta, MI 49345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Kaman Fluid Power
3802 N 600 W
Greenfield, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Kardex Handling Solutions
10340 Pleasant St  #600
Noblesville, IN 46060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Katz Sapper & Miller
Dept 235
PO Box 7096
Indianapolis, IN 46206-7096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.                                                Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.402 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**KBS Engineering Services LLC**
**30746 Brush St**
**Madison Heights, MI 48071**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.403    **Nonpriority creditor's name and mailing address**
**Kearston West**
**7001 S CR 475 E**
**Selma, IN 47383**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.404    **Nonpriority creditor's name and mailing address**
**Kele Inc**
**3300 Brother Blvd**
**Memphis, TN 38133**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.405    **Nonpriority creditor's name and mailing address**
**KEME INC**
**550 MORELAND WAY 4610**
**Santa Clara, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

3.406    **Nonpriority creditor's name and mailing address**
**Kent Machine**
**8677 S State Rd 9**
**Pendleton, IN 46064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.407    **Nonpriority creditor's name and mailing address**
**Kenworth Truck Co**
**Attn Bob Gurney**
**485 Houser Way N**
**Renton, WA 98057**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.408    **Nonpriority creditor's name and mailing address**
**Kenworth Truck Co**
**Attn Bob Gurney**
**485 Houser Way N**
**Renton, WA 98057**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ener1, Inc.**
_____                                      Case number *(if known)* _____
Name

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kev Adjemian**
**1072 Santa Ana St.**
**Laguna Beach, CA 92651**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Rothada Technologies**
**11149 Bradford Rd**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Scotese**
**739 Grandin Rd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keyence Corp of America**
**Dept CH 17128**
**Palatine, IL 60055-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keytronic EMS**
**1801 S Fulton Dr**
**Corinth, MS 38834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kimberly Springer**
**7222 Sandalwood Dr**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**King County DOT Transit Vehicle Maint**
**2160 N 163rd St**
**NBM-TR-0100**
**Shoreline, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   Ener1, Inc.                                          Case number *(if known)* _____

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kirby Risk Corporation**
**27561 Network Pl**
**Chicago, IL 60673-1275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Komatsu Mining Corp**
**120 Liberty St**
**Franklin, PA 16323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kore Power Inc**
**1875 N Lakewood Dr  #200**
**Coeur D Alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KRONUS ENGINEERING**
**5735 ARAPAHOE**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Krukemeier Machine & Tool Co Inc**
**4949 Subway St**
**Beech Grove, IN 46107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Landstar Ranger Inc**
**PO Box 8500 54293**
**Philadelphia, PA 19178-4283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lane Transit District**
**3500 E 17th Ave**
**Eugene, OR 97403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

---

**3.423**  **Nonpriority creditor's name and mailing address**

Leapfile Inc
Dept LA 22799
Pasadena, CA 91185-2799

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.424**  **Nonpriority creditor's name and mailing address**

LEM USA Inc
BIN 88054
Milwaukee, WI 53288-0054

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.425**  **Nonpriority creditor's name and mailing address**

Level 3 Communications LLC
PO Box 910182
Denver, CO 80291-0182

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426**  **Nonpriority creditor's name and mailing address**

LHD Benefit Advisors
250 W 96th St  #350
Indianapolis, IN 46260-1317

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427**  **Nonpriority creditor's name and mailing address**

Li Guogun-RiseSun MGL New Energy
Science
18# Baifuquan Rd  Changping Sector of
Zhongguancun Science Park   Beijing
PEOPLES REPUBLIC OF CHINA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428**  **Nonpriority creditor's name and mailing address**

LIGHTNING MOTORS CORP
931 AMERICAN STREET
40 S 35TH ST
Boulder, CO 80305

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429**  **Nonpriority creditor's name and mailing address**

Lincoln Business Park Holdings LLC
241 N Pennsylvania St  #300
Indianapolis, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Ener1, Inc.**
_____    Case number (if known) _____
Name

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Linde Gas & Equipment Inc**
**Praxair Distribution Inc**
**Dept CH 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LinkedIn Corp**
**1000 W Maude Ave**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lion Buses**
**921 Chermin De La Riveire Du Nord**
**St. Jerome P. Qc J7Y 5G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lithium Storage Ltd**
**No 9 East Mozhou Road**
**Jiangning District 211111**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LMC Service Solutions**
**1023 W 38th St**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lolita McCormick**
**1948 N Tibbs Ave**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lowes Home Improvement**
**PO Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Ener1, Inc.
_____     Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**3.437**

**Nonpriority creditor's name and mailing address**
**LTS Marine Inc**
**1602 Jean Lachaine**
**Saint-Catherine Quebec J5C1C2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.438**

**Nonpriority creditor's name and mailing address**
**MAB Collision Customs**
**7601 E 88th Pl  Bldg 3**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.439**

**Nonpriority creditor's name and mailing address**
**MacAllister Machinery Company Inc**
**6300 Southeastern Ave**
**Indianapolis, IN 46203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.440**

**Nonpriority creditor's name and mailing address**
**Macrium Software - Cleverbridge**
**350 N Clark  #700**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.441**

**Nonpriority creditor's name and mailing address**
**Madison County Treasurer**
**16 E 9th St  Rm 109**
**Anderson, IN 46016**

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Property taxes

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

**3.442**

**Nonpriority creditor's name and mailing address**
**Magna Closures**
**A Div of Magna Closures Inc**
**Newmarket  ON  L3Y 4X7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.443**

**Nonpriority creditor's name and mailing address**
**Magna Steyr Fahrzeugtechnik Ag & Co**
**Liebenauer Hauptstr 317**
**Graz Austria 8041**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.                                                                    Case number (if known) _____
         Name

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Magnatag**
**2031 O'Neil Rd**
**Macedon, NY 14502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MAJOR  JEFFREY**
**6348 CLOVERDALE ROAD**
**Cygnet, OH 43413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Malone's Catering**
**5005 W Raymond St**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227,233.00** |
|---|---|---|---|

**Manar Inc DBA ECA Enterprises Inc**
**KEY Manufacturing LLC**
**PO Box 248**
**Edinburgh, IN 46124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Only $73,300 is due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marian Inc**
**1011 E Saint Clair St**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark Childs**
**4800 N 300 E**
**Anderson, IN 46012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.451**

**Nonpriority creditor's name and mailing address**
**Marriott Indianapolis North**
**3645 River Crossing**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452**

**Nonpriority creditor's name and mailing address**
**Marsh USA Inc**
**PO Box 846015**
**Dallas, TX 75284-6015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.453**

**Nonpriority creditor's name and mailing address**
**Mason & Mefford Holdings LLC**
**3705 N Shun Pike Rd**
**Madison, IN 47250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.454**

**Nonpriority creditor's name and mailing address**
**MASSACHUSETTS INSTITUTE OF**
**TECHNOLOGY**
**244 WOOD STREET**
**P.O. BOX 9184**
**Lexington, MA 02420-9108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.455**

**Nonpriority creditor's name and mailing address**
**Masson Inc**
**dba Hossier Badge**
**567 N Highland Ave**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.456**

**Nonpriority creditor's name and mailing address**
**Master International**
**DBA Master Electronics**
**1301 Olympic Blvd**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.457**

**Nonpriority creditor's name and mailing address**
**Matric Ltd**
**2099 Hill City Rd**
**Seneca, PA 16346**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.458**

**Nonpriority creditor's name and mailing address**

**Matterhackers Inc**
**27156 Burbank**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.459**

**Nonpriority creditor's name and mailing address**

**Matthew Hartle**
**7220 W State Rd 38**
**New Castle, IN 47362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Max Dorflinger**
**LEX TM3 LLC**
**7416 Delemere Blvd**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.461**

**Nonpriority creditor's name and mailing address**

**Maxcess Americas Inc**
**222 W Memorial Rd**
**Oklahoma City, OK 73114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.462**

**Nonpriority creditor's name and mailing address**

**MBI / BPC**
**PO Box 56019**
**Boston, MA 02205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.463**

**Nonpriority creditor's name and mailing address**

**MBR Consulting LLC**
**2596 Rippling Creek Ct**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.464**

**Nonpriority creditor's name and mailing address**

**McCurdy Mechanical Contractors**
**9096 Technology Ln**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.                                                    Case number (if known) _____
         Name

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.465**

**Nonpriority creditor's name and mailing address**
**McMaster Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.466**

**Nonpriority creditor's name and mailing address**
**McNamara Florist**
**1853 Ludlow Ave**
**Indianapolis, IN 46201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.467**

**Nonpriority creditor's name and mailing address**
**Mediabrains**
**9015 Strada Stell Ct  #203**
**Naples, FL 34109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.468**

**Nonpriority creditor's name and mailing address**
**Metropolitan Council**
**390 Robert St N**
**Saint Paul, MN 55101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.469**

**Nonpriority creditor's name and mailing address**
**Metropolitan Council**
**390 Robert St N**
**Saint Paul, MN 55101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.470**

**Nonpriority creditor's name and mailing address**
**MGA Research Corp**
**12790 Main Rd**
**Akron, NY 14001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.471**

**Nonpriority creditor's name and mailing address**
**MH Equipment Company**
**5859 W Raymond St**
**Indianapolis, IN 46241**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    Ener1, Inc.
_____     Case number (if known) _____
            Name

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.472**

Nonpriority creditor's name and mailing address

**Michael A Canada**
**6565 Bergeson Way**
**Indianapolis, IN 46278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.473**

Nonpriority creditor's name and mailing address

**Michael Greene**
**5867 San Miguel Ct  Apt C**
**Indianapolis, IN 46250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.474**

Nonpriority creditor's name and mailing address

**Micromeritics Instrument Corp**
**4356 Communications Dr**
**Norcross, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.475**

Nonpriority creditor's name and mailing address

**Microsoft Corp**
**PO Box 842103**
**Dallas, TX 75284-2103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.476**

Nonpriority creditor's name and mailing address

**Mid-America Elevator Co Inc**
**1116 E Market St**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.477**

Nonpriority creditor's name and mailing address

**Miller Instrument Laboratory**
**1763 E 400 North**
**Portland, IN 47371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.478**

Nonpriority creditor's name and mailing address

**Minco Products Inc**
**7300 Commerce Ln NE**
**Minneapolis, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Minitab LLC**
**1829 Pine Hall Rd**
**State College, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MINNEAPOLIS METRO TRANSIT**
**515 Cleveland Ave N**
**Saint Paul, MN 55114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mitchell Instrument Co**
**1570 Cherokee St**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mobile Track Solutions**
**203 Johnson St.**
**Elkader, IA 52043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Modutram Mexico Sapi De Cv**
**Av Del Bosque 1145  Cole El Bajio**
**Zapopan  JAL  45019**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Morales Group / Calidad Solutions**
**c/o Morales Group**
**5628 W 74th St**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Moser Consulting Inc**
**6220 Castle Way W Dr**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.                                          Case number (if known) _____
_____
Name

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MOTIV POWER SYSTEMS INC.**
**1165 CHESS DRIVE**
**SUITE E**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motivo Engineering**
**17700 South Figueroa Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mountz Inc**
**1080 N 11th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mouser Electronics Inc**
**PO Box 99319**
**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9809**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Munters Corporation**
**Dept CH 19943**
**Palatine, IL 60055-9943**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mutual of Omaha #522k**
**Payment Processing Center**
**PO Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mutual of Omaha Companies**
**PO Box 2533**
**Omaha, NE 68103-2533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ener1, Inc.**_____    Case number *(if known)* _____
_____
Name

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Naat Batt International**
**PO Box 772929**
**Detroit, MI 48277-2929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nami UMP HV Battery**
**Nami Ru St  Scientific Research**
**Mosco RU**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Natalia Astakhova Enertech International**
**10/1 A Barochnaia St Office 412**
**St Petersburg Russia**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NCS Engineering**
**24 5th St**
**Vorsterkroon  Nigel  1490**
**SOUTH AFRICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Neff Group Distributors Inc**
**PO Box 8604**
**711 Innovation Dr**
**Fort Wayne, IN 46898**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Netfidelis Inc**
**11807 Allisonville Rd  #516**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Network Solutions LLC**
**5335 Gate Pkwy**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     Ener1, Inc.
           _____     Case number (if known) _____
           Name

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Netzsch Instruments North America**
**129 Middlesex Turnpike**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NEW FLYER INDUSTRIES CANADA ULC**
**630  KERNAGHAN AVE DOOR 76**
**WINNIPEG MB R2C 5G1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nex Gen/Remarkable Foods**
**715 N Main St**
**Lawton, MI 49065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Next Generation Recruitment**
**675 Ponce de Leon Ave NE  #8500**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Next Steps Consulting**
**1805 S Hoyt Ave**
**Muncie, IN 47302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NFP**
**11 Tracy Dr**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nicholas Miller**
**7167 Jessman Rd E Dr  Apt H**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**3.507** Nonpriority creditor's name and mailing address

**Nichols Paper & Supply Co**
**2647 Momentum Pl**
**Chicago, IL 60689-5326**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.508** Nonpriority creditor's name and mailing address

**Nidec Minster Corporation**
**PO Box 28516**
**Chicago, IL 60673-8516**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.509** Nonpriority creditor's name and mailing address

**NIKKEI Business Publications Inc**
**1 17 3 Shirokane Minato Ku**
**Tokyo  108-8646**
**JAPAN**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.510** Nonpriority creditor's name and mailing address

**NIOSH Pittsburgh Mining Research Divisio**
**626 Cochran Mill Road**
**Bldg 143**
**Pittsburgh, PA 15236**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.511** Nonpriority creditor's name and mailing address

**Nissan**
**2 Takara-Cho**
**Kanagawa-Ku  Kanagawa 220-8623**
**JAPAN**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.512** Nonpriority creditor's name and mailing address

**Nissin Customs Services Inc**
**Attn  A/R Dept**
**PO Box 512391**
**Los Angeles, CA 90051-0391**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.513** Nonpriority creditor's name and mailing address

**Nissin International Transport USA Inc**
**Attn A/R Dept**
**PO Box 512391**
**Los Angeles, CA 90051**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   Ener1, Inc.
_____
Name                                                    Case number (if known) _____

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nivalis Energy Systems**
**230 Schilling Circle**
**Suite 120**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Norauto France**
**Rue Du Fort Center De Gros Lesquin**
**Sainghin En Melantois North Dept**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nordson EFD LLC**
**PO Box 777959**
**Chicago, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**North Mill Capital LLC**
**821 Alexander Rd  #130**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Novabus**
**1000 Boul Indusriel**
**St Eustache QC J7R 5A5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NUCLEUS SCIENTIFIC**
**148 SIDNEY STREET**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nuvation Energy**
**332 Marsland Dr  #200**
**Waterloo  Ontario  N2J 3Z1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.                                                    Case number (if known) _____
          Name

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nuvation Engineering**
**151 Gibraltar Ct**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**NY-Best**
**230 Washington Ave Extension**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Occupational Health Centers**
**PO Box 488**
**Lombard, IL 60148-0488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ocsial LLC**
**500 S Front St  #860**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Odyne Systems LLC**
**W237 N2878 Woodgate Rd**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**OEC Fright (Korea) Co Ltd**
**Rm 1509,  Byucksan Digital Valley**
**219, Gasas-Digital 1RO**
**Keumcheon-Gu Seoul  08501**
**REPUBLIC OF KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Office Depot**
**3721 W 86th St**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Ener1, Inc.
_____    Case number *(if known)* _____
          Name

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Office H2O LLC**
7402 E 90th St
Indianapolis, IN 46256

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**OFFICE OF NAVAL RESEARCH**
CODE 331
875 N RANDOLPH STREET
Arlington, VA 22203-1995

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Omega Engineering**
800 Connecticut Ave  #5N01
Norwalk, CT 06854

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Omnisource Electronics Recycling LLC**
219 Murray St
Fort Wayne, IN 46803

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Onlinecomponents.com**
2425 S 21st St
Phoenix, AZ 85034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Oracle America Inc**
500 Oracle Pkwy
Redwood City, CA 94065

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Orange Coast Pneumatics Inc**
3810 Prospect Ave   Unit A
Yorba Linda, CA 92886

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Ovation Ultimate Audio LLC** | **Unknown** |
| | **6609 E 82nd St** | ☐ Contingent |
| | **Indianapolis, IN 46250** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **PACCAR** | **Unknown** |
| | **485 Houser Way N,** | ☐ Contingent |
| | **Renton, WA 98057** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Possible warranty claim** |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Pacers Sports and Entertainment** | **Unknown** |
| | **dba Pacers Basketball LLC** | ☐ Contingent |
| | **125 S Pennsylvania St** | ☐ Unliquidated |
| | **Indianapolis, IN 46204** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Panera Bread** | **Unknown** |
| | **8510 E 96th St** | ☐ Contingent |
| | **Fishers, IN 46038** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Paul Gloye** | **Unknown** |
| | **Go Electric Inc** | ☐ Contingent |
| | **1920 Purdue Pkwy** | ☐ Unliquidated |
| | **Anderson, IN 46016** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Possible warranty claim** |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Paul Herbert** | **$300,000.00** |
| | **1662 Padington Park Ln** | ☐ Contingent |
| | **Germantown, TN 38138** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred **2014 - 6/2022** | |
| | Last 4 digits of account number _ | Basis for the claim: **Director Fees** |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Paul Herbert** | **$38,571.00** |
| | **1662 Padington Park Ln** | ☐ Contingent |
| | **Germantown, TN 38138** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred **4/11/2023** | |
| | Last 4 digits of account number _ | Basis for the claim: **Promissory Note** |
| | | Is the claim subject to offset? ☒ No ☐ Yes |

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.542**

Nonpriority creditor's name and mailing address
**Paylocity - Fees**
**1400 American Ln**
**Schaumburg, IL 60173**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.543**

Nonpriority creditor's name and mailing address
**PCB Design Pro LLC**
**2005 Rio Vista Dr**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.544**

Nonpriority creditor's name and mailing address
**PEC  Gate 3   Dept 038**
**John Deere**
**3800 W Ridgeway Ave  Dept 038**
**Waterloo, IA 50701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.545**

Nonpriority creditor's name and mailing address
**Pei-Genisis Inc**
**2180 Hornig Rd**
**Philadelphia, PA 19116-4289**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546**

Nonpriority creditor's name and mailing address
**Perfecto Tool & Engineering**
**1124 W 53rd St**
**PO Box 2039**
**Anderson, IN 46018-2039**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.547**

Nonpriority creditor's name and mailing address
**Perforce Software Inc**
**PO Box 724463**
**Los Angeles, CA 90074-2263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.548**

Nonpriority creditor's name and mailing address
**Performance Mechanical Contracting Inc**
**3409 Sutherland Ave**
**Indianapolis, IN 46218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor    Ener1, Inc.
_____          Case number (if known) _____
          Name

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.549** Nonpriority creditor's name and mailing address
Peter Stubenvoll
3105 Equestrian Dr
Boca Raton, FL 33434

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.550** Nonpriority creditor's name and mailing address
PGC Precision Gaskett Company
5732 Lincoln Dr
Edina, MN 55436

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.551** Nonpriority creditor's name and mailing address
PGL Premier Global Logistics LLG
5300 Farrow Rd
Columbia, SC 29203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.552** Nonpriority creditor's name and mailing address
Phytools LLC
900 Winslow Way E #120
Bainbridge Island, WA 98110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.553** Nonpriority creditor's name and mailing address
Pioneer Plastics
3660 Dodd Rd
Eagan, MN 55123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.554** Nonpriority creditor's name and mailing address
PIP Indiana
11711 N Pennsylvania St  #107
Carmel, IN 46032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **Unknown**

---

**3.555** Nonpriority creditor's name and mailing address
Piper Jaffray & Co
800 Nicollet Ave #100
Minneapolis, MN 55402

Date(s) debt was incurred  2/1/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes                    **$25,720.70**

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Piper Maddox**
**123 William St  14th Fl**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitney Bowes #3620**
**PO Box 981039**
**Boston, MA 02298-1039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitney Bowes Bank Inc**
**DBA Pitney Bowes Purchase Power**
**PO Box 981026**
**Boston, MA 02298-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitt Ohio LTL**
**PO Box 643271**
**Pittsburgh, PA 15264-3271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Planes Moving & Storage of Indianapolis**
**PO Box 636589**
**Cincinnati, OH 45263-6589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Playmaker Media**
**dba Elevator Marketing**
**PO Box 5224**
**Laguna Beach, CA 92652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polar Power Inc.**
**249. East Gardena Blvd,**
**Gardena, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ener1, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.563**

**Nonpriority creditor's name and mailing address**

**Polar Power Inc.**
**249. East Gardena Blvd,**
**Gardena, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.564**

**Nonpriority creditor's name and mailing address**

**POLARIS ALPHA ADVANCED SYSTEMS**
**PO Box 1240**
**Spotsylvania, VA 22408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.565**

**Nonpriority creditor's name and mailing address**

**Polymershapes**
**1350 Brookville Way  Ste D**
**Indianapolis, IN 46239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.566**

**Nonpriority creditor's name and mailing address**

**POROUS POWER TECHNOLOGIES LLC**
**2765 DAGNY WAY**
**SUITE 200**
**Lafayette, CO 80026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**PORTLAND GENERAL ELECTRIC**
**1615 22nd street SE**
**attn: Bart Wiles/Kevin Whitener**
**Salem, OR 97302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.568**

**Nonpriority creditor's name and mailing address**

**Power Electronics Development Center**
**101 Elk Street**
**Door E**
**Franklin, PA 16323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**Powerstudies Inc**
**22443 SE 240th St  #207**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  Ener1, Inc.
_____  Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
---

### 3.570
**Nonpriority creditor's name and mailing address**

**Precision Tool Services**
**MQ Automation (Mosier Division)**
**9851 E Park Davis Dr**
**Indianapolis, IN 46235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.571
**Nonpriority creditor's name and mailing address**

**Prestige Capital**
**400 Kelby St  10th Fl**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.572
**Nonpriority creditor's name and mailing address**

**Principal Life Insurance Company**
**PO Box 77202**
**Minneapolis, MN 55480-7200**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.573
**Nonpriority creditor's name and mailing address**

**Pro-Form Plastics Inc**
**15200 S Jonesville Rd**
**Columbus, IN 47201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.574
**Nonpriority creditor's name and mailing address**

**Pro-Tech Machine Inc**
**3085 Joyce St**
**Burton, MI 48529**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.575
**Nonpriority creditor's name and mailing address**

**Professional Garage Door Systems Inc**
**6030 Gateway Dr**
**Plainfield, IN 46168**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

### 3.576
**Nonpriority creditor's name and mailing address**

**Professional Services Ind**
**PO Box 74008418**
**Chicago, IL 60674-8418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Ener1, Inc._____ Case number *(if known)* _____

Name

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Protelo Inc**
**PO Box 713**
**Big Horn, WY 82833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Proto Labs Inc**
**PO Box 856933**
**Minneapolis, MN 55485-6933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Providence Consulting Group Ltd**
**PO Box 933289**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PSA Peugeot Citroen  DRIA/ICEM/EET/PSDE**
**BAT 62 Case Courrier NVV 187**
**Route De Gisy Velizy Villcoublay 78943**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Public Storage**
**8890 Fitness Ln**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PUNDA MERCANTILE INC**
**8506 EAST 30TH STREET**
**SUITE C**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PURDUE SCHOOL OF ENGINEERING &**
**TECH**
**1920 Purdue Parkway**
**Anderson, IN 46016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____
Name

Case number *(if known)*   _____

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pure Water Partners LLC**
**PO Box 847237**
**Boston, MA 02284-7237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Roofing Services Inc**
**1445 Brookville Way  Ste L**
**Indianapolis, IN 46239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Vision Services**
**1175 North St**
**Rochester, NY 14621-4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Qualtrics LLC**
**333 W River Park Dr**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**QUANTUM**
**17872 CARTWRIGHT ROAD**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:  Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quantum Fuel Systems**
**25242 Artic Ocean Drive**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:  Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Radiant Industries**
**113 Sierra St**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:  Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Ener1, Inc.
_____   Case number (if known) _____
         Name

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.591**

Nonpriority creditor's name and mailing address
**Randall Brantley**
**10183 Winward Pass**
**Fishers, IN 46037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.592**

Nonpriority creditor's name and mailing address
**Rapid Global Business Solutions Inc**
**1200 Stephenson Hwy**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593**

Nonpriority creditor's name and mailing address
**Rashida Clarke**
**7115 Chamberwood Dr**
**Indianapolis, IN 46268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.594**

Nonpriority creditor's name and mailing address
**Ray's Trash Service #1364**
**PO Box 1**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.595**

Nonpriority creditor's name and mailing address
**Ray's Trash Service Inc #1518**
**Drawer I**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.596**

Nonpriority creditor's name and mailing address
**Ray's Trash Services Inc #0188**
**Drawer I**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.597**

Nonpriority creditor's name and mailing address
**RAYTHEON**
**528 BOSTON POST ROAD**
**ANDOVER, MA 78288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor   Ener1, Inc.
_____          Case number (if known) _____
         Name

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Real Mechanical Inc**
**475 Gradle Dr**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rebling Plastics**
**150 Franklin Dr**
**Warrington, PA 18976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Reliant Engineering Inc**
**1329 Sadler Cir W Dr**
**Indianapolis, IN 46239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Renault Research Department TCR Lab 1 14**
**1 Avenue Du Golf**
**Guyancourt France 78288**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Repro Parts**
**881 Industrial Dr**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Repro Parts**
**881 Industrial Dr**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Residence Inn by Marriott Indpls/Fishers**
**9765 Crosspoint Blvd**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Ener1, Inc.**                                         Case number (if known) _____
_____
Name

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Restoring Hope**
**4016 River Oaks Dr  Ste 6 #108**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Retriev Technologies Inc**
**125 E Commercial St  Ste A**
**Anaheim, CA 92801-1214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**RF Smart**
**PO Box 638345**
**Cincinnati, OH 45263-8345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard A Steiner**
**8118 Lawrence Woods Blvd**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rincon Power LLC**
**6381-A Rose Ln**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**RINEHART MOTION SYSTEMS LLC**
**7929 SW BURNS WAY SUITE B**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Possible warranty claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ringcentral Inc**
**20 Davis Dr**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.                                          Case number (if known) _____
          Name

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.612**

**Nonpriority creditor's name and mailing address**
**Roadtex Transportation**
**3023 N. Distribution Way**
**Suite 120**
**Greenfield, IN 46140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.613**

**Nonpriority creditor's name and mailing address**
**Roberts Cleaning Service**
**9659 Greenthread Dr**
**Zionsville, IN 46077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.614**

**Nonpriority creditor's name and mailing address**
**Rocky Research**
**PO Box 61800**
**Boulder City, NV 89006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.615**

**Nonpriority creditor's name and mailing address**
**Rocky Research**
**PO Box 61800**
**Boulder City, NV 89006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.616**

**Nonpriority creditor's name and mailing address**
**Rohneselmer Sandvika AS**
**Jongsasveien 4**
**Sandvida 1338**
**NORWAY**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.617**

**Nonpriority creditor's name and mailing address**
**Rosedale Products Inc**
**3730 W Liberty Rd**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.618**

**Nonpriority creditor's name and mailing address**
**Roxtec Inc**
**10127 E Admiral Pl**
**Tulsa, OK 74116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roy Fildes**
**15402 Bloomfield Ct**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Royal Flush Inc**
**5839 Dr Martin King Blvd**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RS Americas Inc**
**Dallas Lockbox**
**PO Box 841811**
**Dallas, TX 75284-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RS Hughes Company Inc**
**5058 W 79th St**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RTM Consultants Inc**
**6640 Parkdale Pl  Ste J**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell's Tube Forming Inc**
**220 Gasoline Alley**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell's Tube Forming Inc**
**220 Gasoline Alley**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____     Case number (if known) _____
         Name

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SAE International**
**PO Box 79572**
**Baltimore, MD 21279-0572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safeguard**
**1010 W Mockingbird Ln  #100**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safeguard Business Systems**
**Lockbox 229**
**PO Box 7247**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safety Consulting Inc**
**8250 Calvine Rd  Ste C 345**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safety Tech Inc**
**PO Box 665**
**Lapel, IN 46051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safetysign.com**
**64 Outwater Ln**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sahil Bhat**
**14200 The Lakes Blvd  #5210**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.633**

**Nonpriority creditor's name and mailing address**

**Saks Fifth Avenue**
**8701 Keystone Crossing**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.634**

**Nonpriority creditor's name and mailing address**

**Sam-A Aluminum Co Ltd**
**7 & 8th Floor  Wonkyung Bldg 205**
**Dogok-Ro, Gangnam-Gu**
**Seoul  135-515**
**RUPUBLIC OF KOREA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.635**

**Nonpriority creditor's name and mailing address**

**Sangrita Saloon**
**834 E 64th St**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.636**

**Nonpriority creditor's name and mailing address**

**SANTA BARBARA MTD**
**550 E. COTA ST.**
**Santa Barbara, CA 93103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.637**

**Nonpriority creditor's name and mailing address**

**SANTA CLARA VALLEY TRANSPORTATION AUT**
**3331 NORTH FIRST ST**
**BUILDING A**
**San Jose, CA 95134-1906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.638**

**Nonpriority creditor's name and mailing address**

**Schenker Inc**
**PO Box 2307**
**Carol Stream, IL 60132-2307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.639**

**Nonpriority creditor's name and mailing address**

**SCIENCE APPLICATIONS INTERNATIONAL CORP.**
**SAIC SSC-AP,LOC 447, MS 2113-03**
**301 LABORATORY ROAD**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.                                              Case number (if known)

| | | |
|---|---|---|
| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

3.640

**Nonpriority creditor's name and mailing address**
**Scott P Smith**
**15435 Kilburn Ct**
**Westfield, IN 46074**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.641

**Nonpriority creditor's name and mailing address**
**Scott Tool Company LLC**
**820 E Willard St**
**Muncie, IN 47302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.642

**Nonpriority creditor's name and mailing address**
**Sealing Devices Inc**
**4400 Waldon Ave**
**Lancaster, NY 14086**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.643

**Nonpriority creditor's name and mailing address**
**Sean Whiting**
**392 County Rd 550 E**
**Chillicothe, IL 61523**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.644

**Nonpriority creditor's name and mailing address**
**Select Lawn Services LLC**
**603 Marine Dr**
**Anderson, IN 46016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.645

**Nonpriority creditor's name and mailing address**
**Sensata Technologies Inc**
**PO Box 100139**
**Atlanta, GA 30384-0139**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.646

**Nonpriority creditor's name and mailing address**
**SEPTA**
**4675 NORTH 3RD STREET**
**Philadelphia, PA 19140**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    Ener1, Inc.
    Name                                    Case number (if known)

---

**3.647**

**Nonpriority creditor's name and mailing address**
**Sheldahl Flexible Technologies Inc**
**1150 Sheldahl Rd**
**Northfield, MN 55057**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.648**

**Nonpriority creditor's name and mailing address**
**Shenzhen Ace Battery Co Ltd**
**26th Floor  BAK Bldg  Keyan Rd 9 Nanshan**
**Shenzhen Guangdong Province 518000**
**PEOPLES REPUBLIC OF CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.649**

**Nonpriority creditor's name and mailing address**
**Shenzhen Anyun International Logistics**
**Room 508-510 5FL Strive Business Pl**
**Zhanqian3 Rd  Pingshan new District**
**Shenzhen Guangdong Province**
**PEOPLES REPUBLIC OF CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.650**

**Nonpriority creditor's name and mailing address**
**Shenzhen Milvent Technology**
**R2011  Huiganmingyan  Futian**
**Shen ZH  Guangdong**
**Guangdong Province 518013**
**PEOPLES REPUBLIC OF CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651**

**Nonpriority creditor's name and mailing address**
**Sherman Zeng**
**General Motors LLC**
**30003 Van Dyke Ave**
**Warren, MI 48092**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.652**

**Nonpriority creditor's name and mailing address**
**Shield Geo Services Ltd**
**2003 20F  Tower 5**
**China Hong Kong City**
**33 Canton Road  Tsim Sha Tsui Lowloon**
**PEOPLES REPUBLIC OF CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.653**

**Nonpriority creditor's name and mailing address**
**Shinhwa It Co Ltd**
**20-1 Songjeol-Ro,  Heundgeok-Gu**
**Cheongju-Si 28437**
**REPUBLIC OF KOREA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
Name

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Siemens Industry Inc**
**c/o Citibank (Bldg Tech)**
**PO Box 2134**
**Carol Stream, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sigma-Aldrich Corp**
**3050 Spruce St**
**Saint Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Signworks Inc**
**5349 W 86th St**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simco Electronics**
**PO Box 49132**
**San Jose, CA 95161-9132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simply Unique Creations LLC**
**7355 Blair Dr**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simutech Group Inc**
**500 Parker Hill Dr**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Skyline Club**
**One American Square  36th Fl**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____          Case number (if known) _____
Name

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Smartsheet Inc**
Dept 3421
PO Box 123421
Dallas, TX 75312-3421

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SMD Inc**
1 Oldfield
Irvine, CA 92618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Smithers Quality Assessments**
425 W Market St
Akron, OH 44303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Solaris Bus & Coach S A**
Obornicka 46
Belechowo Osiedle Owinska 62005
POLAND

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Solorwinds**
PO Box 730720
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Somerset CPAs and Advisors**
PO Box 40368
Indianapolis, IN 46240

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sondhi Solutions LLC**
47 S Pennsylvania St  #400
Indianapolis, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Ener1, Inc.                                        Case number (if known) _____
_____
         Name

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sonicwall Inc**
**1225 W Washington St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sorbothane Inc**
**2144 St Rt 59**
**Kent, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Soteria Battery Innovation Group Inc**
**18-B Brozzini Ct**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Soubrain MI**
**47050 Five Mile Rd**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SoundON New Energy Technology Co Ltd**
**No 78  Benchi West Road**
**Xiangtan City,  Hunan Province**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Source Creative Office Interiors**
**18600 MacArthur Blvd  #400**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SOUTH COAST BRITISH COLUMBIA**
**TRANSPORTAT**
**400-287 NELSON'S COURT**
**NEW WESTMINSTER BC V3L 0E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
          Name

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern Property Consultants**
**dba Industrial Automation**
**1600 Olive Chapel Rd #716**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spaceage Tool and Manufacturing Inc**
**611 N Park St**
**Saint Ansgar, IA 50472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Specplus! Automation**
**PO Box 78155**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spectrum Nichols Janitorial Supply**
**2647 Momentum Pl**
**Chicago, IL 60689-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spirol**
**3103 ST Etienne Blvd**
**Windsor  Ontario**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spitznogle Properties Patterson St**
**6739 Guion Rd**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Srivardhan Chandrapati**
**25 Tarleton Ln**
**Ladera Ranch, CA 92694-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc. _____   Case number (if known) _____

**Name**

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

SS Vending
10403 Fairhaven Ct
Indianapolis, IN 46229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Staci Corp
dba Vexos
7942 Solution Center
Chicago, IL 60677-7009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Stafl Systems LLC
428 N Canal St  Unit A
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Stafl Systems LLC
428 N Canal St  Unit A
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Staples
500 Staples Dr
Framingham, MA 01702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

State of Delaware
Franchise Tax Section
401 Federal St  #4
Dover, DE 19901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

State of Michigan
Department of Treasury
PO Box 30149
Lansing, MI 48909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Ener1, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$950,288.90** |

**3.689** **Nonpriority creditor's name and mailing address**

**Stellar**
**ADDRESS UNKNOWN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$950,288.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** **Nonpriority creditor's name and mailing address**

**Stericycle Inc**
**28883 Network Pl**
**Chicago, IL 60673-1288**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** **Nonpriority creditor's name and mailing address**

**Steve Heir**
**1368 Fritztown Rd.**
**Reinholds, PA 17572**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,275,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** **Nonpriority creditor's name and mailing address**

**Steve Kang**
**1124 Terra Ct**
**Rochester, MI 48306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** **Nonpriority creditor's name and mailing address**

**Stewart & Stevenson**
**MV89967**
**PO Box 301063**
**Dallas, TX 75303-1063**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** **Nonpriority creditor's name and mailing address**

**Stewart & Stevenson FDDA LLC**
**8411 E Adamo Dr**
**Tampa, FL 33619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** **Nonpriority creditor's name and mailing address**

**Storm Power Components**
**PO Box 740896**
**Atlanta, GA 30374-0896**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.
_____                Case number (if known) _____
         Name

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.696**

Nonpriority creditor's name and mailing address
**Stratasys Direct Inc**
**28309 Avenue Crocker**
**Valencia, CA 91355**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**

Nonpriority creditor's name and mailing address
**Strategic Equity Solutions Inc**
**15 American Ave  #301**
**Lakewood, NJ 08701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.698**

Nonpriority creditor's name and mailing address
**Summit Racing Equipment**
**1200 Southeast Ave**
**Tallmadge, OH 44278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.699**

Nonpriority creditor's name and mailing address
**Sunbelt Rentals**
**2341 Deerfield Dr**
**Fort Mill, SC 29715**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.700**

Nonpriority creditor's name and mailing address
**Superbreakers**
**280 Madison Ave  #912**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.701**

Nonpriority creditor's name and mailing address
**SYMBLU COR**
**5192 BOLSA AVE, UNIT 5**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.702**

Nonpriority creditor's name and mailing address
**T&B Master Logistics Inc**
**1490 Beachey Pl**
**Carson, CA 90746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   Ener1, Inc.                                                    Case number (if known) _____
         Name

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tack Electronics Inc**
**5030 Kraft Ave SE   Ste A**
**Grand Rapids, MI 49515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tack Electronics Inc**
**5030 Kraft Ave SE   Ste A**
**Grand Rapids, MI 49515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TASC Flex Claim**
**PO Box 88278**
**Milwaukee, WI 53288-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Team Cruiser Supply**
**PO Box 78634**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tec-Hackett Inc**
**3418 Cavalier Dr**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Temsa Global Sanayi Ve Ticaret**
**Yolgeqen Mah Turhan Cemal Beriker Bulv**
**#561, 563  Seyhan  01355**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tetra Tech Inc**
**PO Box 91967**
**Denver, CO 80291-1967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
Name

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texmac Inc**
**3001 Stafford Dr**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texmac Ubc**
**Tokyo R&D Astugi Facility**
**1516 Aiko Astugi Kanagawa 243-0035**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TForce Freight**
**28013 Network Pl**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TForce Worldwide Inc**
**PO Box 7410328**
**Chicago, IL 60674-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Case-Center**
**4320 Gardensville Rd**
**Crittenden, KY 41030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Comet SC Reg TA**
**3613 Lucius Rd**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Gallery Collection**
**PO Box 360**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.717** Nonpriority creditor's name and mailing address

**The Grill**
**6621 Broadway  #100**
**Mc Cordsville, IN 46055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.718** Nonpriority creditor's name and mailing address

**The Habegger Corporation**
**4995 Winton Rd**
**Cincinnati, OH 45232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.719** Nonpriority creditor's name and mailing address

**The Home Depot**
**9320 Corporation Dr**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.720** Nonpriority creditor's name and mailing address

**The Retrofit Source**
**2281 Defoor Hills Rd NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.721** Nonpriority creditor's name and mailing address

**The Tarpenning -LaFollette Co**
**404 W Gimber St**
**Indianapolis, IN 46225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.722** Nonpriority creditor's name and mailing address

**THE TORO COMPANY**
**1914 EAST CLIFTON STREET**
**Tomah, WI 54660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.723** Nonpriority creditor's name and mailing address

**Thermal Ceramics Inc**
**dba Morgan Advanced Materials**
**PO Box 71200**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Ener1, Inc.
_____
Name                                          Case number (if known) _____

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Thermal Hazard Technology Inc**
**49 Boone Village  #30**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Thermotron Industries**
**a Venturedyne Ltd Company**
**PO Box 689590**
**Chicago, IL 60695-9590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Think Global AS Volvo Car Corp**
**Safety Center PV 12**
**Gothenburg**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**THINK N A INC**
**33762 Schoolcraft Rd #2**
**Livonia, MI 48150-1625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Thomas L Voreis**
**169 Wellington Pkwy**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tianjin RiseSun MGL**
**New Energy Science & Tech Co**
**No 18 Baifuquan Road  Chanping District**
**Beijing 100022**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tiara Hicks**
**7001 S. County Road 475 E.**
**Selma, IN 47383**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     Ener1, Inc.
_____     Case number (if known) _____
           Name

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.731**
Nonpriority creditor's name and mailing address
**TKT Sales**
**724 Firetower Rd**
**Yanceyville, NC 27379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.732**
Nonpriority creditor's name and mailing address
**TOKYO R&D CO LTD**
**1 25 12 AIKOHIGASHI**
**ATSUGI KANAGAWA 243-0027**
**JAPAN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.733**
Nonpriority creditor's name and mailing address
**TOM WOOD MANAGEMENT**
**3033 E 98TH STREET SUITE 201**
**Indianapolis, IN 46280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.734**
Nonpriority creditor's name and mailing address
**Tom Wood Nissan**
**4150 E 96th St**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.735**
Nonpriority creditor's name and mailing address
**TOMPKINS CONSOLIDATED AREA TRANSIT**
**737 WILLOW AVE**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.736**
Nonpriority creditor's name and mailing address
**TOSHIBA INTERNATIONAL CORP**
**13131 W LITTLE YORK RD**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.737**
Nonpriority creditor's name and mailing address
**Total Reward Solutions LLC**
**7962 Oaklandon Rd  #112**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor   **Ener1, Inc.**                                    Case number (if known) _____

Name

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Touchstone Measurement Service LLC**
**2529 Commerce Dr  Ste F**
**Kokomo, IN 46902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TradeKon LLC**
**Yu Bondarovskaya St  Build 18 Lit A**
**St Petersburg  198510**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Transit Sales International**
**1863 Service Ct**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travel Company "Bolero Tour"**
**7 495 2317333**
**125252 Moscow  Chapaevsky Alley**
**12/1-179  Moscow**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travel Company Bolero Tour**
**7 495 2317333**
**Chapaevsky Alley, 12/1-179**
**Moscow Russia  125252**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Bailey**
**3091 Chapel Rd**
**Anderson, IN 46012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trender Enterprises LLC**
**PO Box 36081**
**Indianapolis, IN 46239-9203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Ener1, Inc.** Case number (if known) _____

Name

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tricor Trust (Labuan) Ltd**
**Level 15(A2)**
**Main Office Tower**
**Jalan Merdeka 87000**
**INDONESIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**True Capital Partners LLC**
**56 N Haddon Ave 1st Fl**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TTI Inc**
**2441 Northeast Pkwy**
**Fort Worth, TX 76106**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TUVRheinland**
**295 Foster St #100**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,760,518.37** |
|---|---|---|---|

**TVG Saehan**
**Level 15(A1) Main Office Tower Financial**
**Park Labuan, Jalan Merdeka 87000**
**MALAYSIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ubiquiti (store.ui.com)**
**685 Third Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ukip Media and Events Ltd**
**Abinger House Church Street**
**Dorking RH4 1DF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ener1, Inc.                                               Case number (if known)
         Name

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ULine**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Umicore Korea Co Ltd**
71  3 Gongdan 2-RO
Seobuk-GU  Cheonan-si  GA 31093
REPUBLIC OF KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Unifyhr**
105 Decker Ct  #540
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**United Healthcare Premium Billing**
PO Box 94017
Palatine, IL 60094-4017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**United Parcel Service**
28013 Network Pl
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**United Rentals (North America) Inc**
PO Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**United States Treasury**
**Internal Revenue Service**
Ogden, UT 84201-0039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
Name

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Universal Air Filter Co**
29121 Network Pl
Chicago, IL 60673-1291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**UNIVERSITY OF ALASKA FAIRBANKS**
1855 MARIKA RD.
Fairbanks, AK 99709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**UNIVERSITY OF DAYTON RESEARCH INSTITUTE**
300 COLLEGE PARK
Dayton, OH 45469-0107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**University of Warwich  IMC**
Gibbet Hill Road
West Middlands  CV4 7AL
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**University of Waterloo**
200 University Avenue West
Waterloo  ON N2L 3W8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**US Army Corps of Engineers**
249TH ENGINEER BATTALION
BUILDING 1416 JACKSON LOOP
Fort Belvoir, VA 22060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**US Customs & Border Protection**
5600 Pearl St
Rosemont, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Ener1, Inc.                                    Case number (if known) _____
_____
Name

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**US Department of Energy**
**PO Box 880**
**Morgantown, WV 26507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**US HYBRID**
**445 MAPLE AVE.**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**US Industrial Technologies**
**12000 Globe St**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**USA Fleet Supply LLC**
**8050 Mechanicsville Tpk #212**
**Mechanicsville, VA 23111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**USABC**
**1000 TOWN CENTER DRIVE**
**SUITE 300**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**UTC POWER CORP**
**195 GOVERNORS HIGHWAY**
**South Windsor, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Utica Equipment Finance LLC**
**20 Glover Ave  #100**
**Norwalk, CT 06850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Ener1, Inc.
_____    Case number (if known)  _____
Name

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**VACO LLC**
**PO Box 667**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Van Hool NV**
**Bernard Van Hoolstraat 58**
**Lier 2500**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vector North America Inc**
**39500 Orchard Hill Pl  #500**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Velocity Global**
**3858 Walnut St  #107**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**VERMEER CORPORATION**
**ENVIRONMENTAL GROUP - PLANT 4**
**LTL: C/O GEETINGS,**
**335 TRUMAN RD**
**Pella, IA 50219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Videopivot LLC**
**16635 Spring Cypress Rd #2672**
**Cypress, TX 77429-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Volvo Car Corporation**
**AVD 98540 PVOE  104 Pilot Plant**
**Goeteborg  Swedeb  SE-405 31**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Ener1, Inc.**                                     Case number *(if known)*  _____
_____
Name

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.780**

**Nonpriority creditor's name and mailing address**

**VonMercier, Inc.**
**121 Saint John St.**
**Havre De Grace, MD 21078**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.781**

**Nonpriority creditor's name and mailing address**

**Voss Automotive**
**4640 Hillegas Rd**
**Fort Wayne, IN 46818**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.782**

**Nonpriority creditor's name and mailing address**

**Wall Street Journal**
**1211 Avenue of the Americas**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.783**

**Nonpriority creditor's name and mailing address**

**Wamtechnik Sp Zo.o**
**Aleja Wilanowska 7 lok.3**
**Warszawa  02-765**
**POLAND**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.784**

**Nonpriority creditor's name and mailing address**

**WANXIANG CLEAN ENERGY USA CORP**
**88 AIRPORT ROAD**
**Elgin, IL 60123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.785**

**Nonpriority creditor's name and mailing address**

**WASHINGTON METROPOLITAN AREA TRANSIT AUT**
**WMATA SHEPHERD PARKWAY**
**2 DC VILLAGE LANE**
**Washington, DC 20032**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.786**

**Nonpriority creditor's name and mailing address**

**Washington State Dept of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave  #1400**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    Ener1, Inc.
_____          Case number (if known) _____
Name

| | |
|---|---|
| **3.787** | |

**Nonpriority creditor's name and mailing address**
**Washington State Dept of Revenue**
**PO Box 47473**
**Olympia, WA 98504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.788** | |

**Nonpriority creditor's name and mailing address**
**Waterjet Cutting of Indiana Inc**
**10760 E US Hwy 136**
**Indianapolis, IN 46234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.789** | |

**Nonpriority creditor's name and mailing address**
**Waverley Electrics**
**13111 Marilyn Rd**
**Unit A11**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.790** | |

**Nonpriority creditor's name and mailing address**
**Webasto Charging Systems Inc**
**PO Box 8241**
**Pasadena, CA 91109-8241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.791** | |

**Nonpriority creditor's name and mailing address**
**WESCO DISTRIBUTION INC**
**909 N. COUNTRY FAIR DRIVE**
**Champaign, IL 61821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.792** | |

**Nonpriority creditor's name and mailing address**
**Wesco Integrated Supply**
**36 Harbor Park Dr**
**Port Washington, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| | |
|---|---|
| **3.793** | |

**Nonpriority creditor's name and mailing address**
**West Electric Inc**
**1320 E 60th St**
**Anderson, IN 46013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Ener1, Inc.
_____    Case number (if known) _____
Name

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.794**

**Nonpriority creditor's name and mailing address**
**WESTERN INTEGRATED TECH**
**7651 S. 190th Street**
**Kent, WA 98032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.795**

**Nonpriority creditor's name and mailing address**
**Weston Wedeward**
**Marine Travelift**
**49 E Yew St**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.796**

**Nonpriority creditor's name and mailing address**
**Whirley & Associates**
**2520 Northwinds Pkwy  #575**
**Alpharetta, GA 30009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.797**

**Nonpriority creditor's name and mailing address**
**Whitham Group LLC**
**8130 Luisa Way**
**Windsor, CA 95492**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.798**

**Nonpriority creditor's name and mailing address**
**Winar Connection**
**PO Box 270**
**Richfield, OH 44286**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.799**

**Nonpriority creditor's name and mailing address**
**Wind River Systems Inc**
**500 Wind River Way**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.800**

**Nonpriority creditor's name and mailing address**
**Winnebago Industries, Inc.**
**W330N6233 Hasslinger Drive**
**Nashotah, WI 53058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Ener1, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.801**

**Nonpriority creditor's name and mailing address**
**Winslow Technology Group LLC**
**303 Wyman St  #210**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.802**

**Nonpriority creditor's name and mailing address**
**Wonderful PCB (HK) Ltd**
**Room 906  9/F Boss Commercial Centre**
**28 Ferry Street   Kowloon Hong Kong**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.803**

**Nonpriority creditor's name and mailing address**
**WORKHORSE**
**946 South State Route 32**
**Union City, IN 47390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.804**

**Nonpriority creditor's name and mailing address**
**Workplace Safety & Health Co Inc**
**11715 Fox Rd  Ste 400-225**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.805**

**Nonpriority creditor's name and mailing address**
**World Joint Corp**
**dba Iace Travel**
**111 N Wabash Ave  #2108**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.806**

**Nonpriority creditor's name and mailing address**
**Worldwide Express**
**29228 Network Pl**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.807**

**Nonpriority creditor's name and mailing address**
**Wynn Las Vegas**
**3131 Las Vegas Blvd S**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  Ener1, Inc.  Case number (if known) _____
_____
Name

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**XMS Capital Partners LLC**
**321 Clark St  #2440**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**XTREME POWER**
**1120 GOFORTH ROAD**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**YATES ELECTROSPACE CORPORATION**
**26895 ALISO CREEK ROAD**
**STE B37**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**YourCo**
**1111 E 54th St  #119**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yousolar**
**2722 Del Monte Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yousolar**
**2722 Del Monte Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zodiac Aerospace (ECE)**
**129, BD Davout SC 82012**
**Cedex 20 Paris 75990**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Ener1, Inc.**
_____
Name

Case number (if known) _____

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Zoro Tools Inc**
**909 Ashbuy Dr**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 53,373.62 |
| 5b. Total claims from Part 2 | 5b. + $ | 77,115,543.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 77,168,916.91 |

**Fill in this information to identify the case:**

Debtor name        **Ener1, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Ener1, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **EnerDel, Inc** | **3619 W 73rd St  Ste 2**<br>**Anderson, IN 46011** | **Bzinfin, S.A.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Ener1, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |
   | 4.1. **Paul Herbert**<br>**1662 Padington Park Ln**<br>**Germantown, TN 38138**<br>**President** | 7/26/2022 | $50,000.00 | **Directors fees due for 2014, 2015, 2018** |

5. **Repossessions, foreclosures, and returns**

Debtor    **Ener1, Inc.**                                          Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. |  |  |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Ener1, Inc.**                                              Case number *(if known)*

---

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8740 Hague Rd  #7 Indianapolis, IN 46256** | **3/2007 - 3/2022** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **3**

Debtor    __Ener1, Inc.__    Case number *(if known)* _____

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Ener1, Inc. (Plan)** | EIN: **59-2479377** |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage 8890 Fitness Ln 2 Fishers, IN 46037** | **No one** | **Financial and Legal Data for 2020 and prior** | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

| Debtor | Ener1, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **EnderDel, Inc.**<br>**3619 W 73rd St  Ste 2**<br>**Anderson, IN 46011** | **Lithium Battery Manufacturer** | EIN: **20-1764104**<br><br>From-To **2004 - current** |
| 25.2. | **EnerFuel** | **Defunct** | EIN: **unknown**<br><br>From-To **2004 - unknown** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Christine Bardlsey**<br>**23970 Logans Ct**<br>**Cicero, IN 46034** | **4/19/2019 to present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    Ener1, Inc.                                                Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Netsuite** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Marsh McLennan**<br>**111 Monument Cir  #4300**<br>**Indianapolis, IN 46204** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Herbert | 1662 Padington Park Ln<br>Germantown, TN 38138 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Albert Petichenskiy | 7154 Fisher Island Dr<br>Georgetown, FL 32139 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | Ener1, Inc. | Case number *(if known)* | |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2023**

**/s/ Paul Herbert**                                                      **Paul Herbert**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ENER1, INC. | Case No. _____ |
| Debtor. | |

**ICE MILLER LLP'S DISCLOSURE OF COMPENSATION UNDER
11 U.S.C. §329 AND BANKRUPTCY RULE 2016(B)**

I certify that I am one of the attorneys for the above-captioned debtor ("Debtor"), and a partner in the firm of Ice Miller LLP ("Ice Miller"), and that compensation paid, or agreed to be paid, to Ice Miller for services rendered, or to be rendered, on behalf of Debtor in or in connection with this case, such payment or agreement having been made after one year before the date of filing the petition, is as follows:

1.     Enerdel, Inc., a wholly-owned subsidiary of debtor, Ener1, Inc., provided Ice Miller with a retainer in June, 2023, in the amount of $25,000.00, against which fees incurred and expenses advanced for, inter alia, pre-filing consultations and preparations of the petitions and related filings for Ener1, Inc. and its subsidiary, Enerdel, Inc. (together with Ener1, Inc., the "Debtors"), were charged.

2.     The balance of the retainer after application of the above-described charges, approximately $9,360.00 (but before payment of filing fees), was divided between the two Debtors in advance of this filing prior to filing this case.

3.     Pursuant to the Ice Miller's engagement, the retainer paid to Ice Miller in June, 2023, constituted a flat fee for services rendered and expenses incurred by Ice Miller in

contemplation of, or in connection with, the preparation of the Debtors' cases.  Services already provided to the Debtors and still to be provided to the Debtors includes, without limitation, pre-filing preparation and planning, case filing, filing fees, and post-filing preparation of schedules and statement of financial affairs, and representation of the Debtors at the meeting of creditors.

4.      The source of compensation paid and agreed to be paid to Ice Miller is the retainer described above.

5.      Ice Miller has not agreed to share this compensation with any other person.


Respectfully Submitted,


ICE MILLER LLP


 /s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson, Atty No. 14579-49
Alexandria Lundberg, Atty. No. 37881-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
P: (317) 236-2100
F: (317) 592-4222
jeff.hokanson@icemiller.com
alexandria.lundberg@icemiller.com

*Counsel for Debtor*

<u>Certification</u>

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or Ice Miller LLP for representation of the above-named debtor in this bankruptcy proceeding.

 /s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson, Atty No. 14579-49
ICE MILLER LLP
jeff.hokanson@icemiller.com

*Counsel for Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey A. Hokanson, hereby certify that a copy of the foregoing was filed electronically on July 13, 2023.  Notice of the filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.


/s/_____
Jeffrey A. Hokanson

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                              )       Case No. _____

**Ener1, Inc.**                                     )
                                                    )       ☐ Check if this form is submitted with an amended creditor
                                                    )       list.
_____               )
                          Debtor(s).                )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:    **July 13, 2023**                              **/s/ Paul Herbert**
_____                         _____
                                                        **Paul Herbert**
                                                        Signature of Debtor


                                                        _____
                                                        Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

1ST CLASS PAINTING LLC
6468 ROYAL OAKLAND DR
INDIANAPOLIS, IN 46236


24M TECHNOLOGIES INC
130 BROOKLINE ST
CAMBRIDGE, MA 02139


3D MARITIME INC
36285 NICO WYND DR
SURREY  BC  V4P 1J3
CANADA


A&M DOOR INC
5508 ELMWOOD AVE  #303
INDIANAPOLIS, IN 46203


A&R ERECTORS INC
1605 COUNTRY CLUB RD
INDIANAPOLIS, IN 46234


AAA EXTERMINATING INC
PO BOX 2170
NOBLESVILLE, IN 46061


AAVID THERMALLOY INDIA PRIVATE LTD
NEXUS INDUSTRIAL PARK PHASE 2
KOTAMBI HALOL-VADODARA RD
VADODARA GUJARAT 391510
INDIA

ABC TRANSMISSION LTD
9300 192ND ST
SURREY  BC  V4N3R8
CANADA


ABC TRANSMISSIONS LTD
9357 193RD ST
SURREY BC  V4N4E7
CANADA


AC TRANSIT
1100 SEMINARY AVE
OAKLAND, CA 94621


ACCOUNTING PRINCIPLES
DEPT CH 140341
PALATINE, IL 60055-4031


ACME PLUMBING SERVICE
3702 N SHADELAND AVE
INDIANAPOLIS, IN 46226


ACTACELL ENERGY SYSTEMS INC
2105 DONLEY DR  #200
AUSTIN, TX 78758-4510


ADP INC
PO BOX 78415
PHOENIX, AZ 85062-8415

ADVISA USA
PO BOX 3039
CARMEL, IN 46082

AES INDIANA #2699
PO BOX 110
INDIANAPOLIS, IN 46206-0110

AES LLC
7-812-500-85-36
POLIGRAFMASHEVSKII PR  D3 C A KV.1
ST PETERSBURG RUSSIA
RUSSIAN FEDERATION

AFC INDUSTRIES INC
3795 PORT UNION RD
FAIRFIELD, OH 45014

AFCO CREDIT CORPORATION
PO BOX 360572
PITTSBURGH, PA 15250-6572

AFCO FINANCE
4501 COLLEGE BLVD  #320
LEAWOOD, KS 66211

AIG NORTH AMERICA INC
PO BOX 11590
NEWARK, NJ 07193

AION TECHNOLOGY
LIGHTNING MOTOR COMPANY
933 AMERICAN ST
SAN CARLOS, CA 94070


AIRGAS USA LLC
PO BOX 734672
DALLAS, TX 75373-4672


ALAN KNUCKLES
1101 W 4TH ST
ALEXANDRIA, IN 46601


ALBERT PETICHENSKIY
7154 FISHER ISLAND DR
MIAMI BEACH, FL 32139


ALDERING CASTOR LLP
47 S PENNSYLVANIA ST #700
INDIANAPOLIS, IN 46204


ALEXEY PIKALOV
152 E NEW YORK ST
INDIANAPOLIS, IN 46204


ALEXIS KALUGYER
1230 S STATE AVE
INDIANAPOLIS, IN 46203

ALF CONSULTING SA
RUE DU MARCHE 13
1204 GENEVA
SWITZERLAND


ALLIED AUTOMATION INC
5220 E 64TH ST
INDIANAPOLIS, IN 46220


ALLIED WIRE & CABLE
PO BOX 26157
COLLEGEVILLE, PA 19426


ALLISON TRANSMISSION
INDIANAPOLIS PLANT OPERATIONS
PO BOX 7120
INDIANAPOLIS, IN 46206


ALLISON TRANSMISSION INC
ATTN ACCOUNTS RECEIVABLE MS L-28
PO BOX 7120
INDIANAPOLIS, IN 46206-7120


AMAZON.COM
PO BOX 035184
SEATTLE, WA 98124-5184


AMERICAN ASSOCIATION OF NOTARIES
7438 PARK PLACE BLVD
HOUSTON, TX 77087

AMERICAN HEALTH AND WELLNESS GROUP
11555 N MERIDAN ST #530
CARMEL, IN 46032


AMERICAN HEART SAVER
PO BOX 173272
TAMPA, FL 33672


AMERICAN PLASTIC MOLDING CORP
965 S ELM ST
SCOTTSBURG, IN 47170


AMERICAN PUBLIC TRANS ASSOC
313 S PATRICK ST
ALEXANDRIA, VA 22314


AMP HPC
12 RONAN CRES
WOODBRIDGE ON L4H2J7
CANADA


AMPHENOL INDUSTRIAL OPERATIONS
40-60 DELAWARE AVE
SIDNEY, NY 13838


AMPHENOL SINCERE FLEX CO LTD
NO A WANAN INDUSTRIAL PARK
LANHE TOWN PANYU DISTRICT
GUANGZHOU 511480
PEOPLES REPUBLIC OF CHINA

AMPHENOL TECH PRODUCTS INT'L CO
2110 NOTRE DAME AVE
WINNIPEG  R3H 0K1
CANADA


AMPM INC
PO BOX 1887
MIDLAND, MI 48641-1887


ANGELA M NUTTLE
DBA CORPORATE TALENT INSTITUTE
704 S STATE RD 135  STE D395
GREENWOOD, IN 46143


ANTENNA DIGITAL
LOCKBOX #2
PO BOX 95000
PHILADELPHIA, PA 19195-0001


ANTHEM BLUE CROSS BLUE SHIELD
PO BOX 645438
CINCINNATI, OH 45264-5438


AOS THERMAL COMPOUND
22 MERIDIAN RD  #6
EATONTOWN, NJ 07724


ARAMARK REFRESHMENT SERVICES
PO BOX 21971
NEW YORK, NY 10087-1971

ARASE FINANCIAL PTC INC
AKARA BLD  24 DE CASTRO STREET
WICKHAMS CAY 1 ROAD TOWN
TORTOLA BRITISH ISLANDS


ARBIN INSTRUMENTS
762 PEACH TREE CUT OFF RD
COLLEGE STATION, TX 77845


ART CRAFT DISPLAY
47220 CARTIER DR  STE B
WIXOM, MI 48393


ASAHI KASEI CORPORATION
HIBIYA MITSUI TOWER
1-1-2 YURAKUCHO  CHIYODA-KU
TOKYO 100-006
JAPAN


ASAP AQUATICS
3310 N SHADELAND AVE
INDIANAPOLIS, IN 46226


ASQ
ACCOUNTS RECEIVABLE
PO BOX 555
MILWAUKEE, WI 53203


ASTON CARTER INC
7301 PARKWAY DR
HANOVER, MD 21076

ASTRO CHEMICALS INC
126 MEMORIAL DR
PO BOX 2248
SPRINGFIELD, MA 01102-2248


AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014


AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


ATC DRIVETRAIN
10001 NW 2ND
OKLAHOMA CITY, OK 73127


ATLASSIAN (US) LLC
350 BUSH ST 13TH FL
SAN FRANCISCO, CA 94104


AURORA TECHNOLOGIES INC
19 INDUSTRIAL DR
PACIFIC, MO 63069

AUTO TECHNOLOGY COMPANY
20026 PROGRESS DR
STRONGSVILLE, OH 44149


AUTOMATION & MODULAR COMPONENTS
10301 ENTERPRISE DR
DAVISBURG, MI 48350


B3CG
CNTA  DOOR 18  1249 MONTEE MASON
LAVAL QUEBEC  H7E4P2
CANADA


BAE SYSTEMS
8 HAYES AVE
ENDICOTT, NY 13760


BAE SYSTEMS CONTROLS
11215 RUSHMORE DR
CHARLOTTE, NC 28277


BALBOA TECHNOLOGIES INC
3857 BIRCH ST  UNIT 166
NEWPORT BEACH, CA 92660


BARCODES INC
200 W MONROE ST
CHICAGO, IL 60606

BARRACUDA NETWORKS INC
DEPT LA 22762
PASADENA, CA 91185-2762

BASF CORPORATION
BASF BATTERY MATERIALS SECTION
8001 E PLEASANT VALLEY RD
CLEVELAND, OH 44131

BATTERY INNOVATION CENTER
7970 S ENERGY DR
NEWBERRY, IN 47449

BATTERY INNOVATION CENTER INSTITUTE INC
7970 S ENERGY DR
NEWBERRY, IN 47449

BATTERY SYSTEMS INC
11899 EXIT 5 PKWY #200
FISHERS, IN 46037-8017

BAUER CONTROLS
44190 PLYMOUTH OAKS BLVD
PLYMOUTH, MI 48170

BD3 PLATFORM
1249 MONTEE MASSON
LAVAL QUEBEC  H7E 4P2
CANADA

BELFLEX STAFFING NETWORK
PO BOX 950175
LOUISVILLE, KY 40295-0175

BERND GROUP
UNITED TECH RESEARCH CENTER
411 SILVER LN
EAST HARTFORD, CT 06108

BGBC PARTNERS LLP
135 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46204

BITRODE CORPORATION
9787 GREEN PARK INDUSTRIAL DR
SAINT LOUIS, MO 63123

BL DOWNEY COMPANY LLC
2125 GARDNER RD
BROADVIEW, IL 60155

BLACK & VEATCH
11401 LAMAR AVE
OVERLAND, KS 66211

BLUEFIN ROBOTICS
553 SOUTH ST
QUINCY, MA 02169

BLUEHOST
1500 N PRIST DR
SUITE 200   2ND FL
TEMPE, AZ 85281


BOB'S MASTER SAFE AND LOCK
11650 OLIO RD #1000-279
FISHERS, IN 46037


BOLAND TECHNOLOGY SOLUTIONS INC
1355 S 10TH ST
NOBLESVILLE, IN 46060


BORG WARNER
3800 AUTOMATION AVE
AUBURN HILLS, MI 48326


BOSE MCKINNEY & EVANS LLP
111 MONUMENT CIR #2700
INDIANAPOLIS, IN 46204


BOWLING GREEN STATE UNIVERSITY
CENTRAL SRVS BLDG  ROOM 108B
ADMINISTRATION BLDG  ROOM 319
BOWLING GREEN, OH 43403-0112


BOYD THERMAL SYSTEMS HONG KONG LTD
5/F MANULIFE PL
348 KWUN TONG RD
KL  HONG KONG
PEOPLES REPUBLIC OF CHINA

BRADEN BUSINESS SYSTEMS
8700 NORTH ST #400
FISHERS, IN 46038


BRADLEY TECHNOLOGIES OF ILLINOIS
3635 SWENSON AVE
SAINT CHARLES, IL 60174


BRANSON ULTRASONICS CORP
PO BOX 13739
NEWARK, NJ 07188-0739


BRENT WATTS
1313 GREENHILLS RD
GREENFIELD, IN 46140


BRINKMANN INSTRUMENTS SRVS INC
PO BOX 405562
ATLANTA, GA 30384-5562


BROOKVILLE EQUIPMENT CORP
ATTN: HALEY BLAZOSKY
175 EVANS ST
BROOKVILLE, PA 15825


BRUCE J SILK
90 ELM TREE LN
BOCA RATON, FL 33486

BUCA DIBEPPO INDIANAPOLIS
35 N ILLINOIS ST
INDIANAPOLIS, IN 46204


BURGESS MECHANICAL CORP
12220 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46259


BZINFIN, S.A.
C/O NICHOLAS BRUNERO, HOLLAND & KNIGHT
HOLLAND & KNIGHT
31 W 52ND ST
NEW YORK, NY 10019


CALENDLY
88 N AVONDALE RD #603
AVONDALE ESTATES, GA 30002


CALGON CARBON CORPORATION
3000 GSK DR
MOON TOWNSHIP, PA 15108


CALIFORNIA CENTER FOR SUSTAINABLE ENERGY
8690 BALBOA AVE #100
SAN DIEGO, CA 92123-1502


CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826276
SACRAMENTO, CA 94230-6276

CAPITAL MACHINERY SYSTEMS INC
PO BOX 330
PENDLETON, IN 46064

CAPLUGS
3012 MOMENTUM PL
CHICAGO, IL 60689-5330

CAPTURE ME PHOTOGRAPHY
2741 GRAND FIR DR
GREENWOOD, IN 46143

CARDINAL INTEGRATED SYSTEMS LLC
1005 GRADE LN
LOUISVILLE, KY 40213

CAREER BUILDER LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693-0130

CARL ATZINGER
14626 BACH DR APT 618
CARMEL, IN 46032

CARLOS FOIANINI
10904 TROXEL DR APT 204
NOBLESVILLE, IN 46060

CARLTON FIELDS PA
700 NW 1ST AVE  #1200
MIAMI, FL 33136-9101


CAROLINA INITIATIVES
1896 GAP CREEK RD
LYMAN, SC 29365


CAROLYN COSGRIFF
DBA CONFIDENTIAL RECRUITING
825 GRANT ST
JACKSON, MI 49203


CARRIER TRANICOLD
ATTN: TEVOR PADGETT
700 OLYMPIC DR
ATHENS, GA 30601


CASTLETON LAWN CARE SERVICES INC
DAN CIESNIEWSKI
11650 OLIO RD #1000-246
FISHERS, IN 46037


CEGEP DE SAIN JEROME
CDCQ/ITAQ  475 RUE FOURNIER
SAINT JEROME  QUEBEC  J7Z 4V2
CANADA


CENTRAL POWER SYSTEMS & SERVICES
9200 LIBERTY DR
LIBERTY, MO 64068

CENTURY FASTENERS CORP
50-20 IRELAND ST
ELMHURST, NY 11373


CH ROBINSON INTERNATIONAL
2498 PERRY CROSSING WAY #220
PLAINFIELD, IN 46168


CHAMPLAIN CABLE CORP
175 HERCULES DR
COLCHESTER, VT 05446


CHICAGO TRANSIT AUTHORITY
7801 S VICNENNES AVE
CHICAGO, IL 60620


CHRIS BAUER
3045 OAKMONT DR
LAPEL, IN 46051


CHRISTINE BARDSLEY
23970 LOGANS CT.
CICERO, IN 46034


CHRISTY PADDOCK ADVISORS LLC
525 S MERIDIAN ST
INDIANAPOLIS, IN 46225

CIL ELECTRONICS
DBA CSI ELECTRONICS
1942 S ELIZABETH ST
KOKOMO, IN 46902


CINCINNATI INSURANCE COMPANIES
6200 S GILMORE RD
FAIRFIELD, OH 45014


CINTAS CORPORATION #108
PO BOX 630803
CINCINNATI, OH 45263-0803


CIRCLE CITY INDUSTRIAL LLC
PO BOX 1129
CARMEL, IN 46082


CIS NAVIGATION
478 MCGILL ST
MONTREAL  QC  H2Y 2H2
CANADA


CISION US INC
PO BOX 417215
BOSTON, MA 02241-7215


CITIZENS ENERGY GROUP #2960000
PO BOX 7056
INDIANAPOLIS, IN 46207-7056

CITIZENS ENERGY GROUP - SADLIER CIRCLE
2020 N MERIDIAN ST
INDIANAPOLIS, IN 46202-1306


CITY AND COUNTY OF HONOLULU
OAHU TRANSIT SERVICES
811 MIDDLE ST
HONOLULU, HI 96819


CITY OF DURHAM
1907 FAY ST
DURHAM, NC 27704


CITY OF NORTH AUGUSTA
PO BOX 6400
NORTH AUGUSTA, SC 29841


CLARKE POWER SERVICES
8510 FARRINGTON RD
COLFAX, NC 27235


CLARKE POWER SERVICES INC
PO BOX 710157
CINCINNATI, OH 45271


CLIFTON LARSON ALLEN LLP
PO BOX 775447
CHICAGO, IL 60677-5447

```
CNTA
1249 MONTEE MASSON
LAVAL QUEBEC  H7E4P2
CANADA



COAST MOUNTAIN BUS COMPANY
3750 KITCHENER ST
BURNABY BC  V5C 3L6
CANADA



COMCAST #4682
PO BOX 7500
SOUTHEASTERN, PA 19398-7500



COMCAST #6837
PO BOX 70219
PHILADELPHIA, PA 19176-0219



COMCAST BUSINESS #1996
PO BOX 8587
PHILADELPHIA, PA 19107-8587



COMCAST BUSINESS #8638
PO BOX 37601
PHILADELPHIA, PA 19101-0601



COMEMSO ELECTRONICS GMBH
KARLSBADER STR 13
OSTFILDERN 73760
GERMANY
```

COMMERCEPOINT INC
1406 LOWER CAMPUS RD  #41
HONOLULU, HI 96822


COMMERCIAL
1249, MONTEE MASSON
LAVAL QUEBEC  H7E 4P2
CANADA


COMMERCIAL FINISHING CORP
7199 ENGLISH AVE
INDIANAPOLIS, IN 46219


COMMUNITY OCCUP HEALTH SERVICES
7169 SOLUTION CENTER
CHICAGO, IL 60677-7001


COMPAL USA (INDIANA) INC
521 5TH AVE  11TH FL
NEW YORK, NY 10175


COMPUTER AIDED TECHNOLOGY INC
165 ARLINGTON HEIGHTS RD  #101
BUFFALO GROVE, IL 60089


CONCORD BATTERY CORP
2009 SAN BERNADINO RD W
WEST COVINA, CA 91790

CONCOTE CORPORATION DBA INSUL-FAB
PO BOX 679038
DALLAS, TX 75267


CONSERV INC
814 N DELAWARE ST
INDIANAPOLIS, IN 46204


CONTINENTAL TEVES AG & CO
TEMIC BERLIN AUTOMOTICE ELECT MOTORSGMBH
NEUS UFER 29
BERLIN, NY 10553


CORE BUSINESS SOLUTIONS INC
PO BOX 631
LEWISBURG, PA 17837


CORNERSTONE ENVIRONMENT H&S INC
880 LENNOX CT
ZIONSVILLE, IN 46077


CORT EVENTS
4904 CENTURY PLAZA RD
INDIANAPOLIS, IN 46254


CRACKER BARREL OLD COUNTRY STORE
3840 EAGLE VIEW DR
INDIANAPOLIS, IN 46254

CRANE 1 SERVICES INC
PO BOX 88989
MILWAUKEE, WI 53288-8989

CRATES & PALLETS
PO BOX 49
386 E BROOKVILLE RD
FOUNTAINTOWN, IN 46130

CRESCENT ELECTRIC SUPPLY CO
PO BOX 550
7750 DUNLEITH DR
EAST DUBUQUE, IL 61025-4420

CROSSROADS OF AMERICA COUNCIL
7125 FALL CREEK RD N
INDIANAPOLIS, IN 46256

CROWN EQUIPMENT CORPORATION
44 S WASHINGTON ST
NEW BREMEN, OH 45869

CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI, OH 45264-1173

CSC/CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA 19101-3397

CSI ELECTRONICS
1942 S ELIZABETH ST
KOKOMO, IN 46902


CUBICLES.COM
34 S RIDGE RD
POMONA, NY 10970


CULLEN DIESEL
193RD ST
SURREY  BC  V4N 4E7
CANADA


CUMMINS INC
500 JACKSON ST
COLUMBUS, IN 47403


DAEHYUN ST CO LTD
178-4 DEOGEUN-RI
PALTAN-MYEON
HWASUNG-SI KYUNGGI-DO
REPUBLIC OF KOREA


DALHOUSIE UNIVERSITY
1360 BARRINGTON ST  PO BOX 15000
HALIFAX NS B3H 4R2
CANADA


DANA CANADA CORPORATION
PO BOX 77501
DETROIT, MI 48277

DANGER LABS LLC
7251 STEINMEIER DR
INDIANAPOLIS, IN 46250


DANNAR
3 RESEARCH WAY
GREENVILLE, SC 29607


DAVTYAN DAVID MIKHAILOVICH
35/2 AKADEMIKA MILLIONSHIKOVA STREET 105
MOSCOW RUSSIA 115446
RUSSIAN FEDERATION


DAYTRONIC CORPORATION
2566 KOHNIE DR
MIAMISBURG, OH 45342


DCS LINE NEW YORK
2075 91ST ST  UNIT C
NORTH BERGEN, NJ 07047


DEEM LLC
11201 USA PARKWAY  #200
FISHERS, IN 46037


DELL BUSINESS CREDIT #793
PO BOX 5275
CAROL STREAM, IL 60197-5275

DELL COMPUTER CORPORATION
DELL MARKETING LP
3555 TIMMONS LN
HOUSTON, TX 77027


DELL FINANCIAL SERVICES #516
PAYMENT PROCESSING CENTER
PO BOX 6410
CAROL STREAM, IL 60197-6410


DELL FINANCIAL SERVICES 517.518
PAYMENT PROCESSING CENTER
PO BOX 6547
CAROL STREAM, IL 60197-6549


DELL MARKETING LP
C/O DELL USA LP
PO BOX 802816
CHICAGO, IL 60680-2816


DELTA MOTORSPORT LTD
UNIT 2250 SILVERSTONE TECHNOLOGY PARK
SILVERSTONE NORTHHAMPTONSHIRE NN12 8GX
ENGLAND


DENZEL E DRIVE GMBH
ERDBERGSTRASSE 189-193
WIEN 1030
AUSTRIA


DEPARTMENT OF ENERGY
CITY & COUNTY OF HONOLULU
811 MIDDLE ST
HONOLULU, HI 96819

DEPARTMENT OF HOMELAND SECURITY
302 W WASHINGTON ST  RM 246
INDIANAPOLIS, IN 46204-2739


DEREK CHANDLER
102 S MORRSON RD
MUNCIE, IN 47304


DGS DIESEL - UND GETRIEBESERVICE GMBH
WERNHER-VON-STABE 11
MAINZ HECHSTSHEIM  D-55129
GERMANY


DHAIRYASHEEL PAWAR
8470 WHIPPORWILL DR   APT C
INDIANAPOLIS, IN 46256


DIGI KEY CORP
701 BROOKS AVE S
THIEF RIVER FALLS, MN 56701


DIVSYS INTERNATIONAL-ICAPE LLC
8102 ZIONSVILLE RD
INDIANAPOLIS, IN 46268


DOCUSIGN
14800 FRYE RD  2ND FL
FORT WORTH, TX 76155

DOE NATIONAL ENERGY TECHNOLOGY LAB
MORGANTOWN CAMPUS
3610 COLLINS FERRY RD
MORGANTOWN, WV 26507


DS TECH
1275 RUE NEWTON LOCAL 15
BOUCHERVILLE  QC  J4B 5H2
CANADA


DUNHAM RUBBER & BELTING CORP
PO BOX 47249
INDIANAPOLIS, IN 46247-0249


DYNAPOWER CO
85 MEADOWLAND DR
SOUTH BURLINGTON, VT 05403


E CAR SERVICE
UID ATU65905069
EIGENHEIM 7 6850 DORNBIRN
AUSTRIA


E ON TECHNOLOGIES GMBH
ALEXANDER VON HUBOLDT STR 1
45896 GELSENKIRCHEN
GERMANY


E-AAM DRIVELINE SYSTEMS AB
NOHABGATAN 18E
SE-461 53 TROLLHATTEN
SWEDEN

EAGLE ROCK SPECIALTIES
IDAHO NATIONAL LABS
2299 W OMNI DR
IDAHO FALLS, ID 83402


EASTERN ENGINEERING SUPPLY INC
2810 N WHEELING AVE
MUNCIE, IN 47303


EATON CORPORATION
7250 FLINT DR
MENOMONEE FALLS, WI 53051


EBM-PAPST AUTOMOTIVE & DRIVE
PO BOX 416381
BOSTON, MA 02241-6381


ECLIPSE ENERGY
1752 FIELDS BLVD
GREENFIELD, IN 46140


EDA INC
ENGINEERING DESIGN & AUTOMATION
5600 N US HIGHWAY 41
PO BOX 5173
TERRE HAUTE, IN 47805


EDLO SALES & ENGINEERING INC
407 YORKTOWN RD
LOGANSPORT, IN 46947

EFFICIENT DRIVETRAINS INC
1000 BUSINESS PARK DR  STE B
DIXON, CA 95620


EFILE4BIZ
3300 GATEWAY DR
POMPANO BEACH, FL 33069


EGENOLF INDUSTRIAL GROUP INC
PO BOX 1991
INDIANAPOLIS, IN 46206-1991


ELBILMEK AS
SNAROYVEIEN 73
FORNEBU 1367   MOB 968 017 16
NORWAY


ELECTRANS TECHNOLOGIES LTD
CANADIAN BRON LTD  2021 SPEARS RD
OAKVILLE  ON  L6L 2X8
CANADA


ELECTRIC VEHICLE CLUB OF PURDUE
451 N GRANT ST  APT 7
WEST LAFAYETTE, IN 47906


ELECTRO ENTERPRISES INC
3601 NORTH I-35 SERVICE RD
OKLAHOMA CITY, OK 73111

ELECTRONIC MOBILITY AUTOMOTIVE AG
PRATERNISEL 3-4
MUNICH D-80538
BAVARIA


ELEMENT MATERIALS TECHNOLOGY CHICAGO
194 INTERNATIONAL BLVD
GLENDALE HEIGHTS, IL 60139


ELEVATED LOGISTICS GROUP LLC
PO BOX 6065
FISHERS, IN 46038


ELGIN FASTENER GROUP
26063 NETWORK PL
CHICAGO, IL 60673-1247


ELROY AIR
1500 MICHIGAN ST
SAN FRANCISCO, CA 94124


ELWOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202


EMA DESIGN AUTOMATION
225 TECH PARK DR
ROCHESTER, NY 14692

EMERA TECHNOLOGIES
702 N FRANKLIN ST #100
TAMPA, FL 33602


EMERGING POWER INC
244 WOOD ST
PO BOX 9184
LEXINGTON, MA 02420-9108


EMP TECHNICAL GROUP
17450 TILLER CT
WESTFIELD, IN 46074


ENDROS GROUP LTD
AKARA BLDG 24 DE CASTRO STREET
WICKHAMS CAY 1
TORTOLA BRITISH ISLANDS


ENERBOOST DOO
BARJANSKA CESTA 70
LJUBLJANA SLOVENIA 1000
SLOVENIA


ENERDEL INC
2 AVTOMOTORNAYA ST MOSCOW
MOSCOW 125438
RUSSIAN FEDERATION


ENERDEL WARRANTY
3619 W 73RD ST #2
ANDERSON, IN 46011

ENERDEL, INC
3619 W 73RD ST  STE 2
ANDERSON, IN 46011


ENERDEL-IEGO
3619 W 73RD ST  #2
ANDERSON, IN 46011


ENERGETECH CO
DBA ELECTRIC CAR COMPANY
7427 S MAIN ST
MIDVALE, UT 84047


ENERGY SYSTEMS NETWORK
111 MONUMENT CIR  #1800
INDIANAPOLIS, IN 46204


ENERTECH INTERNATIONAL INC
296 CHUNGJUHOSU RO
CHUNGJU-CITY
CHUNGBUK 27432
REPUBLIC OF KOREA


ENERZ
19 LYALIN LANE
BUILDING 1
MOSCOW 105062
RUSSIAN FEDERATION


ENERZ LTD
20A APTEKARSKALA EMB
SAINT PETERSBURG 197022
RUSSIAN FEDERATION

ENPOWER
2155 W PINNACLE PEAK RD #120
PHOENIX, AZ 85027


EPIGNOSIS LLC
315 MONTGOMERY ST 9TH FL
SAN FRANCISCO, CA 94104


ERGO-OFFICE FURNITURE LLC
2525 N SHADELAND AVE BLDG 60
INDIANAPOLIS, IN 46219


ESPEC NORTH AMERICA INC
4141 CENTRAL PKWY
HUDSONVILLE, MI 49429


ESSENTRA COMPONENTS
2 WESTBROOK CORPORATE CENTER
WESTCHESTER, IL 60154


ESTES DESIGN AND MANUFACTURING INC
470 S MITTHOEFFER RD
INDIANAPOLIS, IN 46229


EVC GROUP SRO
NADRAZNI 804
HULIN 768 24
CZECH REPUBLIC

EVC RACING
11339 VALLEY MEADOW DR
ZIONSVILLE, IN 46077


EVOA LLC
805 MARINA RD
TITUSVILLE, FL 32796


EVOLVE ELECTRICS
5735 ARAPAHOE AVE  UNIT C
BOULDER, CO 80303


EXPERBUY FRANCE
LABINAL POWER SYSTEMS-REAU
ROND POINT RENE RAVAUD
FRANCE


FABRYKA SAMOCHODOW OSOBOWYCH SYRENA
JOZEFOW STREET 9
KUTNO 99-300
POLAND


FACTURATION PARC - SOCIETY DE TRANSPORT
800 DELA GAUCHETIERE OEST 8440
MONTREAL QC H5A 1J6
CANADA


FAEGRE DRINKER BIDDLE & REATCH LLP
PO BOX 856522
MINNEAPOLIS, MN 55485-6522

FAHRENHEIT IT
115 W WASHINGTON ST #1220
INDIANAPOLIS, IN 46204


FARASIS
WEST SIDE OF CAIDIE ROAD
NORTH SIDE OF JINLING WEST ROAD
GANZHOUR CITY, JIANGXI PROVINCE
PEOPLES REPUBLIC OF CHINA


FAST LANE RECUITMENT GROUP LLC
1175 PAPER CHASE CT
LAWRENCEVILLE, GA 30043


FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987-0978


FEDEX
6648 S PERMITER RD
INDIANAPOLIS, IN 46241


FEDEX 2715-5
PO BOX 94515
PALATINE, IL 60094-4515


FEDEX 2793-2
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

```
FEDEX 7952-6
PO BOX 94515
PALATINE, IL 60094-4515




FEDEX 8145-4
PO BOX 94515
PALATINE, IL 60094-4515




FEDEX FREIGHT #9526
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306




FEDEX FREIGHT 1179
DEPT CH  PO BOX 10306
PALATINE, IL 60055-0306




FEDEX FREIGHT 1874-3
PO BOX 94515
PALATINE, IL 60055-0306




FEDEX TRADE NETWORKS
PO BOX 842206
BOSTON, MA 02284-2206




FEDEX WHOLESALE COLLECTIONS
3965 AIRWAYS BLVD  MODULE G  3RD FL
MEMPHIS, TN 38116
```

FIRST ADVANTAGE BACKGROUND SERV
PO BOX 403532
ATLANTA, GA 30384-3532


FIRST CALL TEMPORARY SERVICES INC
PO BOX 7096
DEPT 252
INDIANAPOLIS, IN 46207


FIRST FINANCIAL BANK
300 MERIDIAN ST #300
INDIANAPOLIS, IN 46204


FIRST FINANCIAL BANK - VISA
PO BOX 42070
MIDDLETOWN, OH 45042-0070


FISKER AUTOMOTIVE INC
19 CORPORATE PARK
IRVINE, CA 92606


FLAGSHIP ENTERPRISE CENTER INC
2705 ENTERPRISE DR
ANDERSON, IN 46013


FLAME ENTERPRISES
21500 GLEDHILL ST
CHATSWORTH, CA 91311

FLEX-CABLE
5822 HENKEL RD
HOWARD CITY, MI 49329


FLEXWARE INNOVATION INC
9128 TECHNOLOGY LN
FISHERS, IN 46038


FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATION
2415 N MONROE ST #810
TALLAHASSEE, FL 32303


FLORIDA DETROIT DIESEL
6750 PRESIDENTS DRIVE
ORLANDO, FL 32809


FLUID AIR ENGINEERING INC
5775 W 74TH ST
INDIANAPOLIS, IN 46278


FLYING COLORS GROUP LP
1506 WHEELBARROW CREEK RD
STEVENSVILLE, MT 59870


FNS INC
1545 FRANCISCO ST
TORRANCE, CA 90501

FORI AUTOMATION
13231 23 MILE RD
SHELBY TOWNSHIP, MI 48315


FOTRONIC CORPORATION
DBA TEST EQUIPMENT DEPOT
99 WASHINGTON ST
MELROSE, MA 02176-6024


FRED PRYOR LEARNING SOLUTIONS
PO BOX 219468
KANSAS CITY, MO 64121-9468


FRONT PANEL EXPRESS
1015 CENTRAL AVE N
KENT, WA 98032


FUJIPOLY AMERICAN CORP
PO BOX 119
CARTERET, NJ 07008-0119


FUNDACAO CPQD - RUE DOUTOR RECARDO
BENETTON MARTINS SN PARQUE II DO POLO DE
ALTA TECHNOLGIA CAMPINAS AP
BRAZIL


GAFFOGLIO FAMILY METALCRAFTERS, INC.
11161 SLATER AVENUE
FOUNTAIN VALLEY, CA 92708

GALBRAITH LABORATORIES INC
2323 SYCAMORE DR
KNOXVILLE, TN 37921


GENERAL DEVICES CO INC
1410 S POST RD
INDIANAPOLIS, IN 46239


GENERAL DYNAMICS LAND SYSTEMS
1161 BUCKEYE ROAD
LIMA, OH 45804-1815


GEORGE E MISSBACH & COMPANY
3715 NORHTSIDE PKWY NW  STE 3-675
ATLANTA, GA 30327


GERWEISS MOTORS CORPORATION
36 ARMSTRONG VILLAS ARMSTRONG AVE
MOONWALK PARANAQUE CITY METRO MANILLA
PHILLIPPINES


GFE MACARTHUR INVESTMENTS LLC
757 N BROADWAY #700
MILWAUKEE, WI 53202


GH PACKAGING
PRODUCT TESTING & CONSULTING INC
4090 THUNDERBIRD LN
FAIRFIELD, OH 45014

GIBSON TELDATA INC
PO BOX 3000
TERRE HAUTE, IN 47803-0115


GIMS INC
RM506, 5F, MIWON BLDG
70, GUKJEGEUMYUNG-RO
YEONDGEUNGPO-GU SEOUL 07333
REPUBLIC OF KOREA


GLOBAL INDUSTRIAL EQUIPMENT
29833 NETWORK PL
CHICAGO, IL 60673-1298


GLOBAL PLASTICS INC
6739 GUION RD
INDIANAPOLIS, IN 46268


GOLDEN LAKES INVESTMENT LTD
RM 1201 BUILDING A11 NO 2 DISTRICT
SAN LI HE XL CHENG DISTRICT
BEIJING CHINA
PEOPLES REPUBLIC OF CHINA


GOODWOLFE ENERGY LIMITED - UNITS 27/28
LAURANCE INDUSTRIAL ESTATE EASTWOODBURY
SOUTHEND-ON-SEA ESSEX SS2 6RH
ENGLAND


GORDON FOOD SERVICE STORE
9540 MASTERS RD
INDIANAPOLIS, IN 46250

GORDON FOURNARIS & MAMMARELLA PA
1925 LOVERING AVE
WILMINGTON, DE 19806


GRAINGER
1657 SHERMER RD
NORTHBROOK, IL 60062-5362


GRANT THORNTON
33562 TREASURY CENTER
CHICAGO, IL 60694-3500


GREAT LAKES TAPE CORP
DBA GLT INTERNATIONAL
2961 BOND ST
ROCHESTER HILLS, MI 48309


GREATER CLEVELAND RTA
1240 WEST 6TH STREET
CLEVELAND, OH 44113-1331


GREATER LYNCHBURG TRANSIT COMPANY
ACCOUNTS PAYABLE
P.O. BOX 11286
LYNCHBURG, VA 24506


GREATLINK USA
44168 S GRIMMER BLVD
FREMONT, CA 94538

GREENFIELD GLOBAL USA INC
PO BOX 67000
DETROIT, MI 48267-2675


GREENTREE ELECTRONICS LTD
53 METUDELA ST
TEL AVIV
ISRAEL


GREENWAY OPERATOR AS
BAJKALSKA 5/B
831 04 BRATISLAVA
SLOVAKIA


GUARDIAN
PO BOX 95101
CHICAGO, IL 60694-5101


GUARDIAN LIFE INSURANCE COMPANY
PO BOX 677458
DALLAS, TX 75267-7458


H & FRIENDS FREIGHT INC
145-43 226TH ST
SPRINGFIELD GARDENS, NY 11413


H2S SOLUTIONS
20409 YORBA LINDA BLVD #228
YORBA LINDA, CA 92886

HAGERMAN SECURITY/INVESTIGATIONS
8552 S 400 E
MARKLEVILLE, IN 46056


HAMILTON COUNTY TREASURER
33 N 9TH ST #112
NOBLESVILLE, IN 46060


HANCOCK COUNTY TREASURER
111 AMERICAN LEGION PL #205
GREENFIELD, IN 46140


HANKUK FIBER CO LTD
181 1 YONGJI-RI BUBUK-MYUN
MIRYANG-SI KYUNGNAM
SOUTH KOREA


HARBOR FREIGHT
5703 E 86TH ST
INDIANAPOLIS, IN 46250


HARDT ELECTRIC
4909 N ELSTON
CHICAGO, IL 60630


HARENDORFER MACHINE INC
550 O'BYRNE AVE
LOUISVILLE, KY 40233

HARVEST CROO, LLC. (4FX)
251 SOUTH 78TH STREET
TAMPA, FL 33619

HAYES YOUNG LAW LLC
133 W MARKET ST #332
INDIANAPOLIS, IN 46204

HAZMAT SAFETY CONSULTING LLC
1765 DUKE ST
ALEXANDRIA, VA 22314

HEATHER JAEGER
701 W 72ND ST
INDIANAPOLIS, IN 46260

HERITAGE INTERACTIVE SERVICES LLC
PO BOX 681490
INDIANAPOLIS, IN 46268

HG ENGINEERS
142 EGLIN PKWY SE
FORT WALTON BEACH, FL 32548

HIGH IMPACT SOLUTIONS
20793 FARMINGTON RD #13
FARMINGTON, MI 48336

HILARY GOODNIGHT
3303 WILD IVY CIR
INDIANAPOLIS, IN 46227


HIOKI USA CORPORATION
6600 CHASE OAKS BLVD #150
PLANO, TX 75023


HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886-4084


HONDA R&D EUROPE GERMANY GMBH
CARL-LEGIEN-STRASSE 30
63073 OFFENBACH
GERMANY


HOOSIER GASKET CORP
2400 ENTERPRISE PARK PL
INDIANAPOLIS, IN 46218


HORIZON HOUSE INC
1033 E WASHINGTON ST
INDIANAPOLIS, IN 46202


HORNER INDUSTRIAL SERVICES INC
1521 E WASHINGTON ST
INDIANAPOLIS, IN 46201

HR PRO/BANCORPSV
1423 E 11 MILE RD
ROYAL OAK, MI 48067

HUNTER LIFT TLD
11233 SOUTH AVE
NORTH LIMA, OH 44452-9731

HVR ADVANCED POWER COMPONENTS INC
2090 OLD UNION RD
CHEEKTOWAGA, NY 14227

HYATT HOUSE
11455 IKEA WAY
FISHERS, IN 46037

HYUNDAI HEAVY INDUSTRIES CO LTD
1 CHEON HA DONG
DONG-GU ULSAN
SOUTH KOREA

I-GEAR INC
8016 VINECREST AVE
LOUISVILLE, KY 40222

ICC BUSINESS PRODUCTS
PO BOX 26058
INDIANAPOLIS, IN 46226

ICS CHILLERS
3335 MINNESOTA LN N
MINNEAPOLIS, MN 55447


ID TECHEX.COM
ONE BOSTON PL #2600
BOSTON, MA 02108


IDEAL POWER CONVERTERS
4210 FREIDRICH LANE
SUITE 100
AUSTIN, TX 78744


IDESCO CORP
37 W 26TH ST 10TH FL
NEW YORK, NY 10010


IEWC HOLDINGS CORP
5001 S TOWNE DR
NEW BERLIN, WI 53151


IHS GLOBAL INC
DBA GLOBAL ENGINEERING DOCUMENTS
PO BOX 911501
DENVER, CO 80291-1501


IKONIX USA
28105 N KEITH DR
LAKE FOREST, IL 60045

INCODEMA INC
407 CLIFF ST
ITHACA, NY 14850

INDIANA CHAMBER OF COMMERCE
115 W WASHINGTON ST  STE 850 S
INDIANAPOLIS, IN 46204-3497

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE
IGCN  RM N105
INDIANAPOLIS, IN 46204

INDIANA DEPT OF ENVIRONMENTAL MGMT
PO BOX 3295
INDIANAPOLIS, IN 46206-3295

INDIANA DEPT OF HOMELAND SECURITY
FISCAL DEPT  RM E221
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

INDIANA DEPT OF REVENUE
PO BOX 6032
INDIANAPOLIS, IN 46206-6032

INDIANA FILTER SUPPLY INC
5850 KOPETSKY DR  STE F
INDIANAPOLIS, IN 46217

INDIANA OFFICE OF ENERGY DEVELOPMENT
1 NORTH CAPITOL SUITE 600
INDIANAPOLIS, IN 46204


INDIANA PROFESSIONAL LICENSING AGENCY
402 W WASHINGTON ST  RM W072
INDIANAPOLIS, IN 46204


INDIANA SECRETARY OF STATE
200 W WASHINGTON ST  RM 201
INDIANAPOLIS, IN 46204


INDIANA STAMP COMPANIES
1319 PRODUCTION RD
FORT WAYNE, IN 46808


INDIANA STATE POLICE
PO BOX 6188
INDIANAPOLIS, IN 46206


INDIANAPOLIS POWER & LIGHT - SADLER CIR
PO BOX 110
INDIANAPOLIS, IN 46206-0110


INDPLS COMM DEV BLOCK GRANT
BEUMER CONSULTING
PO BOX 219
FARMLAND, IN 47340

INDY CHAMBER
111 MONUMENT CIR #1950
INDIANAPOLIS, IN 46204


INDY POWER SYSTEMS
7702 MOLLER ROAD
INDIANAPOLIS, IN 46268


INFINITY PRINTING AND PROMOTIONS
14563 SOWERS DR
FISHERS, IN 46038


INFORMA MARKETS MANUFACTURING LLC
25589 NETWORK PL
CHICAGO, IL 60673


INFOTRAC
200 N PALMETTO ST
LEESBURG, FL 34748


INSCCU ASFE
PO BOX 6271
INDIANAPOLIS, IN 46206-6271


INSIGHT DIRECT USA INC
PO BOX 731069
DALLAS, TX 75373

INTERSTATE POWER SYSTEMS
NW 7244
PO BOX 1450
MINNEAPOLIS, MN 55485-7244


INTERSTATE POWER SYSTEMS
21568 HIGHVIEW AVE
LAKEVILLE, MN 55044


INTERTEK TESTING SERVICES NA INC
PO BOX 405176
ATLANTA, GA 30384-5176


INTERTEK TESTING SERVICES NA INC
45000 HELM ST, SUITE 150
PLYMOUTH, MI 48170


IRISH MECHANICAL SERVICES INC
7008 E 43RD ST
INDIANAPOLIS, IN 46226


IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128


ISOLUTIONS SERVICES
2700 STILL CREEK DR
ZIONSVILLE, IN 46077

```
ITOCHU CORPORATION
ITOCHU CORPORATION5-1 KITA-AOYAMA
2-CHOMETOKYO 5-1-KITA-AOYAMA 2-CHOME
TOKYO 107-8077
JAPAN


ITOCHU CORPORATION
TOKVU SECTION
5-1 KITA-AOYAMA 2-CHOME
MINATO-KU TOKYO 107-8077
JAPAN


ITOCHU EUROPE
THE BROADGATE TOWER - 20 PRIMROSE STREET
LONDON EC2A 2EW
ENGLAND


JA'LEN EDWARDS
6565 BERGESON WAY
INDIANAPOLIS, IN 46278


JAMA SOFTWARE INC
135 SW TAYLOR ST #200
PORTLAND, OR 97204


JAMAC INC
422 BUCHANAN ST
SANDUSKY, OH 44870


JAMES BABCOCK INC
2925 N MITTHOEFFER PL
INDIANAPOLIS, IN 46229
```

JAMES BOWMAN
8221 SARGENT RD
INDIANAPOLIS, IN 46256

JANI-KING OF INDIANAPOLIS
6960 CORPORATE DR
INDIANAPOLIS, IN 46278

JAY-CREW LANDSCAPING INC
2901 S GHARKEY ST
MUNCIE, IN 47302

JBS SERVICES
346 CREEKSTONE DR
INDIANAPOLIS, IN 46239

JEFF DICK
325 N 14TH ST
MIDDLETOWN, IN 47356

JEM ELECTRONICS
23 NATIONAL DR
FRANKLIN, MA 02038

JOFEMAR SA HIDROWNEW XXII SL
CTRA MARCILLA KM 2
31350 PERALTA NAVARRA
SPAIN

JOHNSON & TOWERS INC
PO BOX 7788
PORTSMOUTH, VA 23707


JOHNSON & TOWERS INC
ATTN: BRENT CORMAN
500 WILSON POINT RD
MIDDLE RIVER, MD 21220


JOSHUA DAVIS
2811 N 125 W
GREENFIELD, IN 46140-8619


JULES AND ASSOCIATES INC
515 S FIGUEROA ST #1900
LOS ANGELES, CA 90071


JX NIPPON MINING & METALS
6-3 OTEMACHI 2-CHOME
CHIYODA-KU
TOKYO 100-8164
JAPAN


K&K MANUFACTURING INC
951 9 MILE ROAD N W
SPARTA, MI 49345


KAMAN FLUID POWER
3802 N 600 W
GREENFIELD, IN 46140

KARDEX HANDLING SOLUTIONS
10340 PLEASANT ST #600
NOBLESVILLE, IN 46060


KATZ SAPPER & MILLER
DEPT 235
PO BOX 7096
INDIANAPOLIS, IN 46206-7096


KBS ENGINEERING SERVICES LLC
30746 BRUSH ST
MADISON HEIGHTS, MI 48071


KEARSTON WEST
7001 S CR 475 E
SELMA, IN 47383


KELE INC
3300 BROTHER BLVD
MEMPHIS, TN 38133


KEME INC
550 MORELAND WAY 4610
SANTA CLARA, CA 95054


KENT MACHINE
8677 S STATE RD 9
PENDLETON, IN 46064

KENWORTH TRUCK CO
ATTN BOB GURNEY
485 HOUSER WAY N
RENTON, WA 98057


KEV ADJEMIAN
1072 SANTA ANA ST.
LAGUNA BEACH, CA 92651


KEVIN ROTHADA TECHNOLOGIES
11149 BRADFORD RD
LITTLETON, CO 80127


KEVIN SCOTESE
739 GRANDIN RD
CHARLOTTE, NC 28208


KEYENCE CORP OF AMERICA
DEPT CH 17128
PALATINE, IL 60055-7128


KEYTRONIC EMS
1801 S FULTON DR
CORINTH, MS 38834


KIMBERLY SPRINGER
7222 SANDALWOOD DR
INDIANAPOLIS, IN 46217

KING COUNTY DOT TRANSIT VEHICLE MAINT
2160 N 163RD ST
NBM-TR-0100
SHORELINE, WA 98133


KIRBY RISK CORPORATION
27561 NETWORK PL
CHICAGO, IL 60673-1275


KOMATSU MINING CORP
120 LIBERTY ST
FRANKLIN, PA 16323


KORE POWER INC
1875 N LAKEWOOD DR #200
COEUR D ALENE, ID 83814


KRONUS ENGINEERING
5735 ARAPAHOE
BOULDER, CO 80303


KRUKEMEIER MACHINE & TOOL CO INC
4949 SUBWAY ST
BEECH GROVE, IN 46107


LANDSTAR RANGER INC
PO BOX 8500 54293
PHILADELPHIA, PA 19178-4283

LANE TRANSIT DISTRICT
3500 E 17TH AVE
EUGENE, OR 97403

LEAPFILE INC
DEPT LA 22799
PASADENA, CA 91185-2799

LEM USA INC
BIN 88054
MILWAUKEE, WI 53288-0054

LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291-0182

LHD BENEFIT ADVISORS
250 W 96TH ST #350
INDIANAPOLIS, IN 46260-1317

LI GUOGUN-RISESUN MGL NEW ENERGY SCIENCE
18# BAIFUQUAN RD CHANGPING SECTOR OF
ZHONGGUANCUN SCIENCE PARK   BEIJING
PEOPLES REPUBLIC OF CHINA

LIGHTNING MOTORS CORP
931 AMERICAN STREET
40 S 35TH ST
BOULDER, CO 80305

LINCOLN BUSINESS PARK HOLDINGS LLC
241 N PENNSYLVANIA ST #300
INDIANAPOLIS, IN 46204


LINDE GAS & EQUIPMENT INC
PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055-0660


LINKEDIN CORP
1000 W MAUDE AVE
SUNNYVALE, CA 94085


LION BUSES
921 CHERMIN DE LA RIVEIRE DU NORD
ST. JEROME P. QC J7Y 5G2
CANADA


LITHIUM STORAGE LTD
NO 9 EAST MOZHOU ROAD
JIANGNING DISTRICT 211111
PEOPLES REPUBLIC OF CHINA


LMC SERVICE SOLUTIONS
1023 W 38TH ST
ANDERSON, IN 46013


LOLITA MCCORMICK
1948 N TIBBS AVE
INDIANAPOLIS, IN 46222

LOWES HOME IMPROVEMENT
PO BOX 530954
ATLANTA, GA 30353


LTS MARINE INC
1602 JEAN LACHAINE
SAINT-CATHERINE QUEBEC J5C1C2
CANADA


MAB COLLISION CUSTOMS
7601 E 88TH PL  BLDG 3
INDIANAPOLIS, IN 46256


MACALLISTER MACHINERY COMPANY INC
6300 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46203


MACRIUM SOFTWARE - CLEVERBRIDGE
350 N CLARK  #700
CHICAGO, IL 60654


MADISON COUNTY TREASURER
16 E 9TH ST  RM 109
ANDERSON, IN 46016


MAGNA CLOSURES
A DIV OF MAGNA CLOSURES INC
NEWMARKET  ON  L3Y 4X7
CANADA

MAGNA STEYR FAHRZEUGTECHNIK AG & CO
LIEBENAUER HAUPTSTR 317
GRAZ AUSTRIA 8041
AUSTRIA


MAGNATAG
2031 O'NEIL RD
MACEDON, NY 14502


MAJOR  JEFFREY
6348 CLOVERDALE ROAD
CYGNET, OH 43413


MALONE'S CATERING
5005 W RAYMOND ST
INDIANAPOLIS, IN 46241


MANAR INC DBA ECA ENTERPRISES INC
KEY MANUFACTURING LLC
PO BOX 248
EDINBURGH, IN 46124


MARIAN INC
1011 E SAINT CLAIR ST
INDIANAPOLIS, IN 46202


MARION COUNTY TREASURER
PO BOX 6145
INDIANAPOLIS, IN 46206

```
MARK CHILDS
4800 N 300 E
ANDERSON, IN 46012




MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604




MARRIOTT INDIANAPOLIS NORTH
3645 RIVER CROSSING
INDIANAPOLIS, IN 46240




MARSH USA INC
PO BOX 846015
DALLAS, TX 75284-6015




MASON & MEFFORD HOLDINGS LLC
3705 N SHUN PIKE RD
MADISON, IN 47250




MASSACHUSETTS INSTITUTE OF TECHNOLOGY
244 WOOD STREET
P.O. BOX 9184
LEXINGTON, MA 02420-9108




MASSON INC
DBA HOSSIER BADGE
567 N HIGHLAND AVE
INDIANAPOLIS, IN 46202
```

```
MASTER INTERNATIONAL
DBA MASTER ELECTRONICS
1301 OLYMPIC BLVD
SANTA MONICA, CA 90401



MATRIC LTD
2099 HILL CITY RD
SENECA, PA 16346



MATTERHACKERS INC
27156 BURBANK
FOOTHILL RANCH, CA 92610



MATTHEW HARTLE
7220 W STATE RD 38
NEW CASTLE, IN 47362



MAX DORFLINGER
LEX TM3 LLC
7416 DELEMERE BLVD
ROYAL OAK, MI 48073



MAXCESS AMERICAS INC
222 W MEMORIAL RD
OKLAHOMA CITY, OK 73114



MBI / BPC
PO BOX 56019
BOSTON, MA 02205
```

MBR CONSULTING LLC
2596 RIPPLING CREEK CT
WESTFIELD, IN 46074


MCCURDY MECHANICAL CONTRACTORS
9096 TECHNOLOGY LN
FISHERS, IN 46038


MCMASTER CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690


MCNAMARA FLORIST
1853 LUDLOW AVE
INDIANAPOLIS, IN 46201


MEDIABRAINS
9015 STRADA STELL CT #203
NAPLES, FL 34109


METROPOLITAN COUNCIL
390 ROBERT ST N
SAINT PAUL, MN 55101


MGA RESEARCH CORP
12790 MAIN RD
AKRON, NY 14001

MH EQUIPMENT COMPANY
5859 W RAYMOND ST
INDIANAPOLIS, IN 46241


MICHAEL A CANADA
6565 BERGESON WAY
INDIANAPOLIS, IN 46278


MICHAEL GREENE
5867 SAN MIGUEL CT APT C
INDIANAPOLIS, IN 46250


MICROMERITICS INSTRUMENT CORP
4356 COMMUNICATIONS DR
NORCROSS, GA 30093


MICROSOFT CORP
PO BOX 842103
DALLAS, TX 75284-2103


MID-AMERICA ELEVATOR CO INC
1116 E MARKET ST
INDIANAPOLIS, IN 46202


MILLER INSTRUMENT LABORATORY
1763 E 400 NORTH
PORTLAND, IN 47371

MINCO PRODUCTS INC
7300 COMMERCE LN NE
MINNEAPOLIS, MN 55432


MINITAB LLC
1829 PINE HALL RD
STATE COLLEGE, PA 16801


MINNEAPOLIS METRO TRANSIT
515 CLEVELAND AVE N
SAINT PAUL, MN 55114


MITCHELL INSTRUMENT CO
1570 CHEROKEE ST
SAN MARCOS, CA 92078


MOBILE TRACK SOLUTIONS
203 JOHNSON ST.
ELKADER, IA 52043


MODUTRAM MEXICO SAPI DE CV
AV DEL BOSQUE 1145  COLE EL BAJIO
ZAPOPAN  JAL  45019
MEXICO


MORALES GROUP / CALIDAD SOLUTIONS
C/O MORALES GROUP
5628 W 74TH ST
INDIANAPOLIS, IN 46278

MOSER CONSULTING INC
6220 CASTLE WAY W DR
INDIANAPOLIS, IN 46250


MOTIV POWER SYSTEMS INC.
1165 CHESS DRIVE
SUITE E
FOSTER CITY, CA 94404


MOTIVO ENGINEERING
17700 SOUTH FIGUEROA STREET
GARDENA, CA 90248


MOUNTZ INC
1080 N 11TH ST
SAN JOSE, CA 95112


MOUSER ELECTRONICS INC
PO BOX 99319
FORT WORTH, TX 76199-0319


MUNTERS CORPORATION
DEPT CH 19943
PALATINE, IL 60055-9943


MUTUAL OF OMAHA #522K
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147

MUTUAL OF OMAHA COMPANIES
PO BOX 2533
OMAHA, NE 68103-2533


NAAT BATT INTERNATIONAL
PO BOX 772929
DETROIT, MI 48277-2929


NAMI UMP HV BATTERY
NAMI RU ST  SCIENTIFIC RESEARCH
MOSCO RU
RUSSIAN FEDERATION


NATALIA ASTAKHOVA ENERTECH INTERNATIONAL
10/1 A BAROCHNAIA ST OFFICE 412
ST PETERSBURG RUSSIA
RUSSIAN FEDERATION


NCS ENGINEERING
24 5TH ST
VORSTERKROON  NIGEL 1490
SOUTH AFRICA


NEFF GROUP DISTRIBUTORS INC
PO BOX 8604
711 INNOVATION DR
FORT WAYNE, IN 46898


NETFIDELIS INC
11807 ALLISONVILLE RD  #516
FISHERS, IN 46038

NETWORK SOLUTIONS LLC
5335 GATE PKWY
JACKSONVILLE, FL 32256


NETZSCH INSTRUMENTS NORTH AMERICA
129 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803


NEW FLYER INDUSTRIES CANADA ULC
630  KERNAGHAN AVE DOOR 76
WINNIPEG MB R2C 5G1
CANADA


NEX GEN/REMARKABLE FOODS
715 N MAIN ST
LAWTON, MI 49065


NEXT GENERATION RECRUITMENT
675 PONCE DE LEON AVE NE  #8500
ATLANTA, GA 30308


NEXT STEPS CONSULTING
1805 S HOYT AVE
MUNCIE, IN 47302


NFP
11 TRACY DR
AVON, MA 02322

NICHOLAS MILLER
7167 JESSMAN RD E DR  APT H
INDIANAPOLIS, IN 46256

NICHOLS PAPER & SUPPLY CO
2647 MOMENTUM PL
CHICAGO, IL 60689-5326

NIDEC MINSTER CORPORATION
PO BOX 28516
CHICAGO, IL 60673-8516

NIKKEI BUSINESS PUBLICATIONS INC
1 17 3 SHIROKANE MINATO KU
TOKYO  108-8646
JAPAN

NIOSH PITTSBURGH MINING RESEARCH DIVISIO
626 COCHRAN MILL ROAD
BLDG 143
PITTSBURGH, PA 15236

NISSAN
2 TAKARA-CHO
KANAGAWA-KU  KANAGAWA 220-8623
JAPAN

NISSIN CUSTOMS SERVICES INC
ATTN  A/R DEPT
PO BOX 512391
LOS ANGELES, CA 90051-0391

NISSIN INTERNATIONAL TRANSPORT USA INC
ATTN A/R DEPT
PO BOX 512391
LOS ANGELES, CA 90051


NIVALIS ENERGY SYSTEMS
230 SCHILLING CIRCLE
SUITE 120
HUNT VALLEY, MD 21031


NORAUTO FRANCE
RUE DU FORT CENTER DE GROS LESQUIN
SAINGHIN EN MELANTOIS NORTH DEPT
FRANCE


NORDSON EFD LLC
PO BOX 777959
CHICAGO, IL 60677-7009


NORTH MILL CAPITAL LLC
821 ALEXANDER RD #130
PRINCETON, NJ 08540


NOVABUS
1000 BOUL INDUSRIEL
ST EUSTACHE QC J7R 5A5
CANADA


NUCLEUS SCIENTIFIC
148 SIDNEY STREET
CAMBRIDGE, MA 02139

NUVATION ENERGY
332 MARSLAND DR #200
WATERLOO ONTARIO N2J 3Z1
CANADA


NUVATION ENGINEERING
151 GIBRALTAR CT
SUNNYVALE, CA 94089


NY-BEST
230 WASHINGTON AVE EXTENSION
ALBANY, NY 12203


OCCUPATIONAL HEALTH CENTERS
PO BOX 488
LOMBARD, IL 60148-0488


OCSIAL LLC
500 S FRONT ST #860
COLUMBUS, OH 43215


ODYNE SYSTEMS LLC
W237 N2878 WOODGATE RD
PEWAUKEE, WI 53072


OEC FRIGHT (KOREA) CO LTD
RM 1509, BYUCKSAN DIGITAL VALLEY
219, GASAS-DIGITAL 1RO
KEUMCHEON-GU SEOUL 08501
REPUBLIC OF KOREA

OFFICE DEPOT
3721 W 86TH ST
INDIANAPOLIS, IN 46268

OFFICE H2O LLC
7402 E 90TH ST
INDIANAPOLIS, IN 46256

OFFICE OF NAVAL RESEARCH
CODE 331
875 N RANDOLPH STREET
ARLINGTON, VA 22203-1995

OMEGA ENGINEERING
800 CONNECTICUT AVE #5N01
NORWALK, CT 06854

OMNISOURCE ELECTRONICS RECYCLING LLC
219 MURRAY ST
FORT WAYNE, IN 46803

ONLINECOMPONENTS.COM
2425 S 21ST ST
PHOENIX, AZ 85034

ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD CITY, CA 94065

ORANGE COAST PNEUMATICS INC
3810 PROSPECT AVE   UNIT A
YORBA LINDA, CA 92886

OVATION ULTIMATE AUDIO LLC
6609 E 82ND ST
INDIANAPOLIS, IN 46250

PACCAR
485 HOUSER WAY N,
RENTON, WA 98057

PACERS SPORTS AND ENTERTAINMENT
DBA PACERS BASKETBALL LLC
125 S PENNSYLVANIA ST
INDIANAPOLIS, IN 46204

PANERA BREAD
8510 E 96TH ST
FISHERS, IN 46038

PAUL GLOYE
GO ELECTRIC INC
1920 PURDUE PKWY
ANDERSON, IN 46016

PAUL HERBERT
1662 PADINGTON PARK LN
GERMANTOWN, TN 38138

PAYLOCITY - FEES
1400 AMERICAN LN
SCHAUMBURG, IL 60173


PCB DESIGN PRO LLC
2005 RIO VISTA DR
FORT PIERCE, FL 34949


PEC  GATE 3   DEPT 038
JOHN DEERE
3800 W RIDGEWAY AVE  DEPT 038
WATERLOO, IA 50701


PEI-GENISIS INC
2180 HORNIG RD
PHILADELPHIA, PA 19116-4289


PERFECTO TOOL & ENGINEERING
1124 W 53RD ST
PO BOX 2039
ANDERSON, IN 46018-2039


PERFORCE SOFTWARE INC
PO BOX 724463
LOS ANGELES, CA 90074-2263


PERFORMANCE MECHANICAL CONTRACTING INC
3409 SUTHERLAND AVE
INDIANAPOLIS, IN 46218

PETER STUBENVOLL
3105 EQUESTRIAN DR
BOCA RATON, FL 33434


PGC PRECISION GASKETT COMPANY
5732 LINCOLN DR
EDINA, MN 55436


PGL PREMIER GLOBAL LOGISTICS LLG
5300 FARROW RD
COLUMBIA, SC 29203


PHYTOOLS LLC
900 WINSLOW WAY E #120
BAINBRIDGE ISLAND, WA 98110


PIONEER PLASTICS
3660 DODD RD
EAGAN, MN 55123


PIP INDIANA
11711 N PENNSYLVANIA ST #107
CARMEL, IN 46032


PIPER JAFFRAY & CO
800 NICOLLET AVE #100
MINNEAPOLIS, MN 55402

PIPER MADDOX
123 WILLIAM ST  14TH FL
NEW YORK, NY 10038


PITNEY BOWES #3620
PO BOX 981039
BOSTON, MA 02298-1039


PITNEY BOWES BANK INC
DBA PITNEY BOWES PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026


PITT OHIO LTL
PO BOX 643271
PITTSBURGH, PA 15264-3271


PLANES MOVING & STORAGE OF INDIANAPOLIS
PO BOX 636589
CINCINNATI, OH 45263-6589


PLAYMAKER MEDIA
DBA ELEVATOR MARKETING
PO BOX 5224
LAGUNA BEACH, CA 92652


POLAR POWER INC.
249. EAST GARDENA BLVD,
GARDENA, CA 92804

POLARIS ALPHA ADVANCED SYSTEMS
PO BOX 1240
SPOTSYLVANIA, VA 22408


POLYMERSHAPES
1350 BROOKVILLE WAY  STE D
INDIANAPOLIS, IN 46239


POROUS POWER TECHNOLOGIES LLC
2765 DAGNY WAY
SUITE 200
LAFAYETTE, CO 80026


PORTLAND GENERAL ELECTRIC
1615 22ND STREET SE
ATTN: BART WILES/KEVIN WHITENER
SALEM, OR 97302


POWER ELECTRONICS DEVELOPMENT CENTER
101 ELK STREET
DOOR E
FRANKLIN, PA 16323


POWERSTUDIES INC
22443 SE 240TH ST  #207
MAPLE VALLEY, WA 98038


PRECISION TOOL SERVICES
MQ AUTOMATION (MOSIER DIVISION)
9851 E PARK DAVIS DR
INDIANAPOLIS, IN 46235

PRESTIGE CAPITAL
400 KELBY ST  10TH FL
FORT LEE, NJ 07024


PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 77202
MINNEAPOLIS, MN 55480-7200


PRO-FORM PLASTICS INC
15200 S JONESVILLE RD
COLUMBUS, IN 47201


PRO-TECH MACHINE INC
3085 JOYCE ST
BURTON, MI 48529


PROFESSIONAL GARAGE DOOR SYSTEMS INC
6030 GATEWAY DR
PLAINFIELD, IN 46168


PROFESSIONAL SERVICES IND
PO BOX 74008418
CHICAGO, IL 60674-8418


PROTELO INC
PO BOX 713
BIG HORN, WY 82833

PROTO LABS INC
PO BOX 856933
MINNEAPOLIS, MN 55485-6933


PROVIDENCE CONSULTING GROUP LTD
PO BOX 933289
CLEVELAND, OH 44193


PSA PEUGEOT CITROEN  DRIA/ICEM/EET/PSDE
BAT 62 CASE COURRIER NVV 187
ROUTE DE GISY VELIZY VILLCOUBLAY 78943
FRANCE


PUBLIC STORAGE
8890 FITNESS LN
FISHERS, IN 46037


PUNDA MERCANTILE INC
8506 EAST 30TH STREET
SUITE C
INDIANAPOLIS, IN 46219


PURDUE SCHOOL OF ENGINEERING & TECH
1920 PURDUE PARKWAY
ANDERSON, IN 46016


PURE WATER PARTNERS LLC
PO BOX 847237
BOSTON, MA 02284-7237

QUALITY ROOFING SERVICES INC
1445 BROOKVILLE WAY  STE L
INDIANAPOLIS, IN 46239


QUALITY VISION SERVICES
1175 NORTH ST
ROCHESTER, NY 14621-4942


QUALTRICS LLC
333 W RIVER PARK DR
PROVO, UT 84604


QUANTUM
17872 CARTWRIGHT ROAD
IRVINE, CA 92614


QUANTUM FUEL SYSTEMS
25242 ARTIC OCEAN DRIVE
LAKE FOREST, CA 92630


RADIANT INDUSTRIES
113 SIERRA ST
EL SEGUNDO, CA 90245


RANDALL BRANTLEY
10183 WINWARD PASS
FISHERS, IN 46037

RAPID GLOBAL BUSINESS SOLUTIONS INC
1200 STEPHENSON HWY
TROY, MI 48083


RASHIDA CLARKE
7115 CHAMBERWOOD DR
INDIANAPOLIS, IN 46268


RAY'S TRASH SERVICE #1364
PO BOX 1
CLAYTON, IN 46118


RAY'S TRASH SERVICE INC #1518
DRAWER I
CLAYTON, IN 46118


RAY'S TRASH SERVICES INC #0188
DRAWER I
CLAYTON, IN 46118


RAYTHEON
528 BOSTON POST ROAD
ANDOVER, MA 78288


REAL MECHANICAL INC
475 GRADLE DR
CARMEL, IN 46032

REBLING PLASTICS
150 FRANKLIN DR
WARRINGTON, PA 18976

RELIANT ENGINEERING INC
1329 SADLER CIR W DR
INDIANAPOLIS, IN 46239

RENAULT RESEARCH DEPARTMENT TCR LAB 1 14
1 AVENUE DU GOLF
GUYANCOURT FRANCE 78288
FRANCE

REPRO PARTS
881 INDUSTRIAL DR
ELMHURST, IL 60126

RESIDENCE INN BY MARRIOTT INDPLS/FISHERS
9765 CROSSPOINT BLVD
INDIANAPOLIS, IN 46256

RESTORING HOPE
4016 RIVER OAKS DR  STE 6 #108
MYRTLE BEACH, SC 29579

RETRIEV TECHNOLOGIES INC
125 E COMMERCIAL ST  STE A
ANAHEIM, CA 92801-1214

```
RF SMART
PO BOX 638345
CINCINNATI, OH 45263-8345




RICHARD A STEINER
8118 LAWRENCE WOODS BLVD
INDIANAPOLIS, IN 46236




RINCON POWER LLC
6381-A ROSE LN
CARPINTERIA, CA 93013




RINEHART MOTION SYSTEMS LLC
7929 SW BURNS WAY SUITE B
WILSONVILLE, OR 97070




RINGCENTRAL INC
20 DAVIS DR
BELMONT, CA 94002




ROADTEX TRANSPORTATION
3023 N. DISTRIBUTION WAY
SUITE 120
GREENFIELD, IN 46140




ROBERTS CLEANING SERVICE
9659 GREENTHREAD DR
ZIONSVILLE, IN 46077
```

ROCKY RESEARCH
PO BOX 61800
BOULDER CITY, NV 89006


ROHNESELMER SANDVIKA AS
JONGSASVEIEN 4
SANDVIDA 1338
NORWAY


ROSEDALE PRODUCTS INC
3730 W LIBERTY RD
ANN ARBOR, MI 48103


ROXTEC INC
10127 E ADMIRAL PL
TULSA, OK 74116


ROY FILDES
15402 BLOOMFIELD CT
WESTFIELD, IN 46074


ROYAL FLUSH INC
5839 DR MARTIN KING BLVD
ANDERSON, IN 46013


RS AMERICAS INC
DALLAS LOCKBOX
PO BOX 841811
DALLAS, TX 75284-1811

RS HUGHES COMPANY INC
5058 W 79TH ST
INDIANAPOLIS, IN 46268

RTM CONSULTANTS INC
6640 PARKDALE PL  STE J
INDIANAPOLIS, IN 46254

RUSSELL'S TUBE FORMING INC
220 GASOLINE ALLEY
INDIANAPOLIS, IN 46222

SAE INTERNATIONAL
PO BOX 79572
BALTIMORE, MD 21279-0572

SAFEGUARD
1010 W MOCKINGBIRD LN  #100
DALLAS, TX 75247

SAFEGUARD BUSINESS SYSTEMS
LOCKBOX 229
PO BOX 7247
PHILADELPHIA, PA 19170-0001

SAFETY CONSULTING INC
8250 CALVINE RD  STE C 345
SACRAMENTO, CA 95828

SAFETY TECH INC
PO BOX 665
LAPEL, IN 46051


SAFETYSIGN.COM
64 OUTWATER LN
GARFIELD, NJ 07026


SAHIL BHAT
14200 THE LAKES BLVD #5210
PFLUGERVILLE, TX 78660


SAKS FIFTH AVENUE
8701 KEYSTONE CROSSING
INDIANAPOLIS, IN 46240


SAM-A ALUMINUM CO LTD
7 & 8TH FLOOR  WONKYUNG BLDG 205
DOGOK-RO, GANGNAM-GU
SEOUL 135-515
RUPUBLIC OF KOREA


SANGRITA SALOON
834 E 64TH ST
INDIANAPOLIS, IN 46220


SANTA BARBARA MTD
550 E. COTA ST.
SANTA BARBARA, CA 93103

SANTA CLARA VALLEY TRANSPORTATION AUT
3331 NORTH FIRST ST
BUILDING A
SAN JOSE, CA 95134-1906


SCHENKER INC
PO BOX 2307
CAROL STREAM, IL 60132-2307


SCIENCE APPLICATIONS INTERNATIONAL CORP.
SAIC SSC-AP,LOC 447, MS 2113-03
301 LABORATORY ROAD
OAK RIDGE, TN 37830


SCOTT P SMITH
15435 KILBURN CT
WESTFIELD, IN 46074


SCOTT TOOL COMPANY LLC
820 E WILLARD ST
MUNCIE, IN 47302


SEALING DEVICES INC
4400 WALDON AVE
LANCASTER, NY 14086


SEAN WHITING
392 COUNTY RD 550 E
CHILLICOTHE, IL 61523

SELECT LAWN SERVICES LLC
603 MARINE DR
ANDERSON, IN 46016


SENSATA TECHNOLOGIES INC
PO BOX 100139
ATLANTA, GA 30384-0139


SEPTA
4675 NORTH 3RD STREET
PHILADELPHIA, PA 19140


SHELDAHL FLEXIBLE TECHNOLOGIES INC
1150 SHELDAHL RD
NORTHFIELD, MN 55057


SHENZHEN ACE BATTERY CO LTD
26TH FLOOR  BAK BLDG  KEYAN RD 9 NANSHAN
SHENZHEN GUANGDONG PROVINCE 518000
PEOPLES REPUBLIC OF CHINA


SHENZHEN ANYUN INTERNATIONAL LOGISTICS
ROOM 508-510 5FL STRIVE BUSINESS PL
ZHANQIAN3 RD  PINGSHAN NEW DISTRICT
SHENZHEN GUANGDONG PROVINCE
PEOPLES REPUBLIC OF CHINA


SHENZHEN MILVENT TECHNOLOGY
R2011  HUIGANMINGYAN  FUTIAN
SHEN ZH  GUANGDONG
GUANGDONG PROVINCE 518013
PEOPLES REPUBLIC OF CHINA

SHERMAN ZENG
GENERAL MOTORS LLC
30003 VAN DYKE AVE
WARREN, MI 48092


SHIELD GEO SERVICES LTD
2003 20F TOWER 5
CHINA HONG KONG CITY
33 CANTON ROAD  TSIM SHA TSUI LOWLOON
PEOPLES REPUBLIC OF CHINA


SHINHWHA IT CO LTD
20-1 SONGJEOL-RO, HEUNDGEOK-GU
CHEONGJU-SI 28437
REPUBLIC OF KOREA


SIEMENS INDUSTRY INC
C/O CITIBANK (BLDG TECH)
PO BOX 2134
CAROL STREAM, IL 60132-2134


SIGMA-ALDRICH CORP
3050 SPRUCE ST
SAINT LOUIS, MO 63103


SIGNWORKS INC
5349 W 86TH ST
INDIANAPOLIS, IN 46268


SIMCO ELECTRONICS
PO BOX 49132
SAN JOSE, CA 95161-9132

SIMPLY UNIQUE CREATIONS LLC
7355 BLAIR DR
ORLANDO, FL 32818


SIMUTECH GROUP INC
500 PARKER HILL DR
ROCHESTER, NY 14625


SKYLINE CLUB
ONE AMERICAN SQUARE  36TH FL
INDIANAPOLIS, IN 46204


SMARTSHEET INC
DEPT 3421
PO BOX 123421
DALLAS, TX 75312-3421


SMD INC
1 OLDFIELD
IRVINE, CA 92618


SMITHERS QUALITY ASSESSMENTS
425 W MARKET ST
AKRON, OH 44303


SOLARIS BUS & COACH S A
OBORNICKA 46
BELECHOWO OSIEDLE OWINSKA 62005
POLAND

```
SOLORWINDS
PO BOX 730720
DALLAS, TX 75373




SOMERSET CPAS AND ADVISORS
PO BOX 40368
INDIANAPOLIS, IN 46240




SONDHI SOLUTIONS LLC
47 S PENNSYLVANIA ST #400
INDIANAPOLIS, IN 46204




SONICWALL INC
1225 W WASHINGTON ST
TEMPE, AZ 85281




SORBOTHANE INC
2144 ST RT 59
KENT, OH 44240




SOTERIA BATTERY INNOVATION GROUP INC
18-B BROZZINI CT
GREENVILLE, SC 29615




SOUBRAIN MI
47050 FIVE MILE RD
NORTHVILLE, MI 48168
```

SOUNDON NEW ENERGY TECHNOLOGY CO LTD
NO 78  BENCHI WEST ROAD
XIANGTAN CITY,  HUNAN PROVINCE
PEOPLES REPUBLIC OF CHINA


SOURCE CREATIVE OFFICE INTERIORS
18600 MACARTHUR BLVD  #400
IRVINE, CA 92612


SOUTH COAST BRITISH COLUMBIA TRANSPORTAT
400-287 NELSON'S COURT
NEW WESTMINSTER BC V3L 0E7
CANADA


SOUTHERN PROPERTY CONSULTANTS
DBA INDUSTRIAL AUTOMATION
1600 OLIVE CHAPEL RD #716
APEX, NC 27502


SPACEAGE TOOL AND MANUFACTURING INC
611 N PARK ST
SAINT ANSGAR, IA 50472


SPECPLUS! AUTOMATION
PO BOX 78155
INDIANAPOLIS, IN 46278


SPECTRUM NICHOLS JANITORIAL SUPPLY
2647 MOMENTUM PL
CHICAGO, IL 60689-5326

SPIROL
3103 ST ETIOENNE BLVD
WINDSOR ONTARIO
CANADA


SPITZNOGLE PROPERTIES PATTERSON ST
6739 GUION RD
INDIANAPOLIS, IN 46268


SRIVARDHAN CHANDRAPATI
25 TARLETON LN
LADERA RANCH, CA 92694-1303


SS VENDING
10403 FAIRHAVEN CT
INDIANAPOLIS, IN 46229


STACI CORP
DBA VEXOS
7942 SOLUTION CENTER
CHICAGO, IL 60677-7009


STAFL SYSTEMS LLC
428 N CANAL ST  UNIT A
SOUTH SAN FRANCISCO, CA 94080


STAPLES
500 STAPLES DR
FRAMINGHAM, MA 01702

STATE OF DELAWARE
FRANCHISE TAX SECTION
401 FEDERAL ST #4
DOVER, DE 19901


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30149
LANSING, MI 48909


STELLAR
ADDRESS UNKNOWN


STERICYCLE INC
28883 NETWORK PL
CHICAGO, IL 60673-1288


STEVE HEIR
1368 FRITZTOWN RD.
REINHOLDS, PA 17572


STEVE KANG
1124 TERRA CT
ROCHESTER, MI 48306


STEWART & STEVENSON
MV89967
PO BOX 301063
DALLAS, TX 75303-1063

STEWART & STEVENSON FDDA LLC
8411 E ADAMO DR
TAMPA, FL 33619


STORM POWER COMPONENTS
PO BOX 740896
ATLANTA, GA 30374-0896


STRATASYS DIRECT INC
28309 AVENUE CROCKER
VALENCIA, CA 91355


STRATEGIC EQUITY SOLUTIONS INC
15 AMERICAN AVE #301
LAKEWOOD, NJ 08701


SUMMIT RACING EQUIPMENT
1200 SOUTHEAST AVE
TALLMADGE, OH 44278


SUNBELT RENTALS
2341 DEERFIELD DR
FORT MILL, SC 29715


SUPERBREAKERS
280 MADISON AVE #912
NEW YORK, NY 10016

SYMBLU COR
5192 BOLSA AVE, UNIT 5
HUNTINGTON BEACH, CA 92649

T&B MASTER LOGISTICS INC
1490 BEACHEY PL
CARSON, CA 90746

TACK ELECTRONICS INC
5030 KRAFT AVE SE   STE A
GRAND RAPIDS, MI 49515

TASC FLEX CLAIM
PO BOX 88278
MILWAUKEE, WI 53288-0001

TEAM CRUISER SUPPLY
PO BOX 78634
INDIANAPOLIS, IN 46278

TEC-HACKETT INC
3418 CAVALIER DR
FORT WAYNE, IN 46808

TEMSA GLOBAL SANAYI VE TICARET
YOLGEQEN MAH TURHAN CEMAL BERIKER BULV
#561, 563 SEYHAN 01355
TURKEY

TETRA TECH INC
PO BOX 91967
DENVER, CO 80291-1967


TEXMAC INC
3001 STAFFORD DR
CHARLOTTE, NC 28208


TEXMAC UBC
TOKYO R&D ASTUGI FACILITY
1516 AIKO ASTUGI KANAGAWA 243-0035
JAPAN


TFORCE FREIGHT
28013 NETWORK PL
CHICAGO, IL 60673-1280


TFORCE WORLDWIDE INC
PO BOX 7410328
CHICAGO, IL 60674-0328


THE CASE-CENTER
4320 GARDENSVILLE RD
CRITTENDEN, KY 41030


THE COMET SC REG TA
3613 LUCIUS RD
COLUMBIA, SC 29201

```
THE GALLERY COLLECTION
PO BOX 360
RIDGEFIELD PARK, NJ 07660




THE GRILL
6621 BROADWAY #100
MC CORDSVILLE, IN 46055




THE HABEGGER CORPORATION
4995 WINTON RD
CINCINNATI, OH 45232




THE HOME DEPOT
9320 CORPORATION DR
INDIANAPOLIS, IN 46256




THE RETROFIT SOURCE
2281 DEFOOR HILLS RD NW
ATLANTA, GA 30318




THE TARPENNING -LAFOLLETTE CO
404 W GIMBER ST
INDIANAPOLIS, IN 46225




THE TORO COMPANY
1914 EAST CLIFTON STREET
TOMAH, WI 54660
```

THERMAL CERAMICS INC
DBA MORGAN ADVANCED MATERIALS
PO BOX 71200
CHARLOTTE, NC 28272


THERMAL HAZARD TECHNOLOGY INC
49 BOONE VILLAGE #30
ZIONSVILLE, IN 46077


THERMOTRON INDUSTRIES
A VENTUREDYNE LTD COMPANY
PO BOX 689590
CHICAGO, IL 60695-9590


THINK GLOBAL AS VOLVO CAR CORP
SAFETY CENTER PV 12
GOTHENBURG
SWEDEN


THINK N A INC
33762 SCHOOLCRAFT RD #2
LIVONIA, MI 48150-1625


THOMAS L VOREIS
169 WELLINGTON PKWY
NOBLESVILLE, IN 46060


TIANJIN RISESUN MGL
NEW ENERGY SCIENCE & TECH CO
NO 18 BAIFUQUAN ROAD  CHANPING DISTRICT
BEIJING 100022
PEOPLES REPUBLIC OF CHINA

TIARA HICKS
7001 S. COUNTY ROAD 475 E.
SELMA, IN 47383


TKT SALES
724 FIRETOWER RD
YANCEYVILLE, NC 27379


TOKYO R&D CO LTD
1 25 12 AIKOHIGASHI
ATSUGI KANAGAWA 243-0027
JAPAN


TOM WOOD MANAGEMENT
3033 E 98TH STREET SUITE 201
INDIANAPOLIS, IN 46280


TOM WOOD NISSAN
4150 E 96TH ST
INDIANAPOLIS, IN 46240


TOMPKINS CONSOLIDATED AREA TRANSIT
737 WILLOW AVE
ITHACA, NY 14850


TOSHIBA INTERNATIONAL CORP
13131 W LITTLE YORK RD
HOUSTON, TX 77041

TOTAL REWARD SOLUTIONS LLC
7962 OAKLANDON RD #112
INDIANAPOLIS, IN 46236


TOUCHSTONE MEASUREMENT SERVICE LLC
2529 COMMERCE DR  STE F
KOKOMO, IN 46902


TRADEKON LLC
YU BONDAROVSKAYA ST  BUILD 18 LIT A
ST PETERSBURG 198510
RUSSIAN FEDERATION


TRANSIT SALES INTERNATIONAL
1863 SERVICE CT
RIVERSIDE, CA 92507


TRAVEL COMPANY "BOLERO TOUR"
7 495 2317333
125252 MOSCOW  CHAPAEVSKY ALLEY
12/1-179  MOSCOW
RUSSIAN FEDERATION


TRAVEL COMPANY BOLERO TOUR
7 495 2317333
CHAPAEVSKY ALLEY, 12/1-179
MOSCOW RUSSIA 125252
RUSSIAN FEDERATION


TRAVIS BAILEY
3091 CHAPEL RD
ANDERSON, IN 46012

TRENDER ENTERPRISES LLC
PO BOX 36081
INDIANAPOLIS, IN 46239-9203


TRICOR TRUST (LABUAN) LTD
LEVEL 15(A2)
MAIN OFFICE TOWER
JALAN MERDEKA 87000
INDONESIA


TRUE CAPITAL PARTNERS LLC
56 N HADDON AVE  1ST FL
HADDONFIELD, NJ 08033


TTI INC
2441 NORTHEAST PKWY
FORT WORTH, TX 76106


TUVRHEINLAND
295 FOSTER ST  #100
LITTLETON, MA 01460


TVG SAEHAN
LEVEL 15(A1) MAIN OFFICE TOWER FINANCIAL
PARK LABUAN, JALAN MERDEKA 87000
MALAYSIA


UBIQUITI (STORE.UI.COM)
685 THIRD AVE
NEW YORK, NY 10017

UKIP MEDIA AND EVENTS LTD
ABINGER HOUSE  CHURCH STREET
DORKING RH4 1DF
UNITED KINGDOM


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UMICORE KOREA CO LTD
71 3 GONGDAN 2-RO
SEOBUK-GU  CHEONAN-SI  GA 31093
REPUBLIC OF KOREA


UNIFYHR
105 DECKER CT #540
IRVING, TX 75062


UNITED HEALTHCARE PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017


UNITED PARCEL SERVICE
28013 NETWORK PL
CHICAGO, IL 60673-1280


UNITED RENTALS (NORTH AMERICA) INC
PO BOX 100711
ATLANTA, GA 30384-0711

```
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039




UNIVERSAL AIR FILTER CO
29121 NETWORK PL
CHICAGO, IL 60673-1291




UNIVERSITY OF ALASKA FAIRBANKS
1855 MARIKA RD.
FAIRBANKS, AK 99709




UNIVERSITY OF DAYTON RESEARCH INSTITUTE
300 COLLEGE PARK
DAYTON, OH 45469-0107




UNIVERSITY OF WARWICH  IMC
GIBBET HILL ROAD
WEST MIDDLANDS  CV4 7AL
UNITED KINGDOM




UNIVERSITY OF WATERLOO
200 UNIVERSITY AVENUE WEST
WATERLOO  ON N2L 3W8
CANADA




US ARMY CORPS OF ENGINEERS
249TH ENGINEER BATTALION
BUILDING 1416 JACKSON LOOP
FORT BELVOIR, VA 22060
```

US CUSTOMS & BORDER PROTECTION
5600 PEARL ST
ROSEMONT, IL 60018

US DEPARTMENT OF ENERGY
PO BOX 880
MORGANTOWN, WV 26507

US HYBRID
445 MAPLE AVE.
TORRANCE, CA 90503

US INDUSTRIAL TECHNOLOGIES
12000 GLOBE ST
LIVONIA, MI 48150

USA FLEET SUPPLY LLC
8050 MECHANICSVILLE TPK #212
MECHANICSVILLE, VA 23111

USABC
1000 TOWN CENTER DRIVE
SUITE 300
SOUTHFIELD, MI 48075

UTC POWER CORP
195 GOVERNORS HIGHWAY
SOUTH WINDSOR, CT 06074

UTICA EQUIPMENT FINANCE LLC
20 GLOVER AVE  #100
NORWALK, CT 06850


UTICA LEASECO, LLC
905 SOUTH BOULEVARD EAST
ROCHESTER, MI 48307


VACO LLC
PO BOX 667
BRENTWOOD, TN 37024


VAN HOOL NV
BERNARD VAN HOOLSTRAAT 58
LIER 2500
BELGIUM


VECTOR NORTH AMERICA INC
39500 ORCHARD HILL PL #500
NOVI, MI 48375


VELOCITY GLOBAL
3858 WALNUT ST  #107
DENVER, CO 80205


VERMEER CORPORATION
ENVIRONMENTAL GROUP - PLANT 4
LTL: C/O GEETINGS,
335 TRUMAN RD
PELLA, IA 50219

VIDEOPIVOT LLC
16635 SPRING CYPRESS RD #2672
CYPRESS, TX 77429-9998


VOLVO CAR CORPORATION
AVD 98540 PVOE  104 PILOT PLANT
GOETEBORG SWEDEB SE-405 31
SWEDEN


VONMERCIER, INC.
121 SAINT JOHN ST.
HAVRE DE GRACE, MD 21078


VOSS AUTOMOTIVE
4640 HILLEGAS RD
FORT WAYNE, IN 46818


WALL STREET JOURNAL
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


WAMTECHNIK SP ZO.O
ALEJA WILANOWSKA 7 LOK.3
WARSZAWA  02-765
POLAND


WANXIANG CLEAN ENERGY USA CORP
88 AIRPORT ROAD
ELGIN, IL 60123

WASHINGTON METROPOLITAN AREA TRANSIT AUT
WMATA SHEPHERD PARKWAY
2 DC VILLAGE LANE
WASHINGTON, DC 20032


WASHINGTON STATE DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WASHINGTON STATE DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504


WATERJET CUTTING OF INDIANA INC
10760 E US HWY 136
INDIANAPOLIS, IN 46234


WAVERLEY ELECTRICS
13111 MARILYN RD
UNIT A11
FISHERS, IN 46038


WEBASTO CHARGING SYSTEMS INC
PO BOX 8241
PASADENA, CA 91109-8241


WESCO DISTRIBUTION INC
909 N. COUNTRY FAIR DRIVE
CHAMPAIGN, IL 61821

WESCO INTEGRATED SUPPLY
36 HARBOR PARK DR
PORT WASHINGTON, NY 11050

WEST ELECTRIC INC
1320 E 60TH ST
ANDERSON, IN 46013

WESTERN INTEGRATED TECH
7651 S. 190TH STREET
KENT, WA 98032

WESTON WEDEWARD
MARINE TRAVELIFT
49 E YEW ST
STURGEON BAY, WI 54235

WHIRLEY & ASSOCIATES
2520 NORTHWINDS PKWY #575
ALPHARETTA, GA 30009

WHITHAM GROUP LLC
8130 LUISA WAY
WINDSOR, CA 95492

WINAR CONNECTION
PO BOX 270
RICHFIELD, OH 44286

WIND RIVER SYSTEMS INC
500 WIND RIVER WAY
ALAMEDA, CA 94501


WINNEBAGO INDUSTRIES, INC.
W330N6233 HASSLINGER DRIVE
NASHOTAH, WI 53058


WINSLOW TECHNOLOGY GROUP LLC
303 WYMAN ST #210
WALTHAM, MA 02451


WONDERFUL PCB (HK) LTD
ROOM 906  9/F BOSS COMMERCIAL CENTRE
28 FERRY STREET   KOWLOON HONG KONG
PEOPLES REPUBLIC OF CHINA


WORKHORSE
946 SOUTH STATE ROUTE 32
UNION CITY, IN 47390


WORKPLACE SAFETY & HEALTH CO INC
11715 FOX RD  STE 400-225
INDIANAPOLIS, IN 46236


WORLD JOINT CORP
DBA IACE TRAVEL
111 N WABASH AVE #2108
CHICAGO, IL 60602

WORLDWIDE EXPRESS
29228 NETWORK PL
CHICAGO, IL 60673


WYNN LAS VEGAS
3131 LAS VEGAS BLVD S
LAS VEGAS, NV 89109


XMS CAPITAL PARTNERS LLC
321 CLARK ST #2440
CHICAGO, IL 60654


XTREME POWER
1120 GOFORTH ROAD
KYLE, TX 78640


YATES ELECTROSPACE CORPORATION
26895 ALISO CREEK ROAD
STE B37
ALISO VIEJO, CA 92656


YOURCO
1111 E 54TH ST #119
INDIANAPOLIS, IN 46220


YOUSOLAR
2722 DEL MONTE AVE
EL CERRITO, CA 94530

```
ZODIAC AEROSPACE (ECE)
129, BD DAVOUT SC 82012
CEDEX 20 PARIS 75990
FRANCE



ZORO TOOLS INC
909 ASHBUY DR
BUFFALO GROVE, IL 60089
```

# United States Bankruptcy Court
## Southern District of Indiana

In re    Ener1, Inc.                                          Case No.    _____

                                     Debtor(s)           Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Ener1, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**PLH Energy LLC**
**Attn Paul Herbert**
**1662 Padington Park Ln**
**Germantown, TN 38138**

☐ None [*Check if applicable*]

**July 13, 2023**                                     **/s/ Jeffrey A. Hokanson**
Date                                                 **Jeffrey A. Hokanson 14579-49**
                                                     Signature of Attorney or Litigant
                                                     Counsel for    **Ener1, Inc.**
                                                     **Ice Miller LLP**

                                                     **One American Square**
                                                     **Suite 2900**
                                                     **Indianapolis, IN 46282-0200**
                                                     **(317) 236-2236 Fax:(317) 236-2219**
                                                     **Jeff.Hokanson@icemiller.com**