| Information to identify the case: | | | |
|---|---|---|---|
| Debtor: | Ener1, Inc.<br>Name | EIN: | 59–2479377 |
| | United States Bankruptcy Court – Southern District of Indiana | Date case filed in chapter 7: | July 13, 2023 |
| Case number: | 23–02997–JMC–7 | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/2020

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Ener1, Inc. | |
| 2. | **Other names** (used in last 8 years) | None | |
| 3. | **Address** | 3619 W 73rd St., Ste 2<br>Anderson, IN 46011 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey A Hokanson<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282–0200 | Contact info: 317–236–2236 or<br>jeff.hokanson@icemiller.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Deborah J. Caruso<br>Office of Deborah J. Caruso<br>135 N. Pennsylvania St, Suite 1400<br>Indianapolis, IN 46204 | Contact info: 317–634–0300 or<br>trusteecaruso@rubin–levin.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317–229–3800 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **August 8, 2023 at 01:30 PM Eastern**<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:  **Telephonic**<br>Trustee:   **Deborah J. Caruso**<br>Phone:     **877–937–0315**<br>Passcode:**6253564** |

**For more information, see page 2 >**

Debtor Ener1, Inc.                  Case number 23−02997−JMC−7

| | | |
|---|---|---|
| 8. | **Proof of claim** <br> Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. |
| 10. | **Abandonment of property** | Pursuant to S.D.Ind. B−6007−1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. |