**SO ORDERED: July 31, 2023.**



_Robyn L. Moberly_
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SDISMISS (rev 03/2023)

In re:

**Ener1, Inc.**,                                        Case No. **23–02997–RLM–7**
      Debtor.

# ORDER DISMISSING CASE

A Deficiency Notice was issued by the Clerk of Court on July 14, 2023. The Court, after reviewing this case, finds that the debtor failed to comply with the requirements specified in the Notice.

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the trustee is discharged from any duty as trustee in this case.

To obtain relief from the dismissal order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Any missing document from the time of dismissal or a Motion for Extension of Time must be filed with the motion, or the motion will be denied. If this case has been dismissed for failure to pay a filing fee or an installment fee, the remaining balance of the filing fee must be paid with the filing of the motion. Unpaid filing fees are still due and payable even though a case has been dismissed. Cases are generally closed **30 days** after dismissal.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

The Clerk's Office will distribute this order.

###