UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00341 (rev 11/2020)

In re:

**Ener1, Inc.**,
    Debtor.

Case No. **23–02997–RLM–7**

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS GIVEN** that the Meeting of Creditors has been rescheduled as follows:

    Date:   September 12, 2023
    Time:  04:10 PM Eastern
    Phone: 877–937–0315; passcode 6253564

Dated:  August 2, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court