UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ENER1, INC., | ) | CASE NO. 23-02997-RLM-7 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S REPORT OF POSSIBLE ASSETS

Deborah J. Caruso, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Fed.R.Bankr.P.3002(c)(5).

A complete inventory of the property of the Debtor(s) is listed on the attached Form 1.

DATED: November 10, 2023

/s/ Deborah J. Caruso
Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204
(317) 634-0300
trusteecaruso@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, a copy of the *Trustee's Report of Possible Assets* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

Jason R Burke     jburke@bbrlawpc.com, kellis@bbrlawpc.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Heather M. Crockett     Heather.Crockett@atg.in.gov, marie.baker@atg.in.gov
Phillip W. Nelson     phillip.nelson@hklaw.com, hapi@hklaw.com
Weston Erick Overturf     woverturf@kgrlaw.com, dgastenveld@kgrlaw.com
James E Rossow     jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@bluestylus.com
Meredith R. Theisen     mtheisen@rubin-levin.net, mralph@rubin-levin.net;cgilly@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
James T Young     james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com

I further certify that on November 10, 2023, a copy of the *Trustee's Report of Possible Assets* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Ener1, Inc.
3619 W 73rd St., Ste 2
Anderson, IN 46011

*/s/ Deborah J. Caruso*
Deborah J. Caruso

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 23-02997-RLM | |
| **Case Name:** | ENER1, INC. | |
| **For the Period Ending:** | 11/10/2023 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Caruso |
| **Date Filed (f) or Converted (c):** | 07/13/2023 (f) |
| **§341(a) Meeting Date:** | 09/12/2023 |
| **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | First Financial Bank Checking 0590 | $130.00 | Unknown | | $0.00 | Unknown |
| 2 | First Merchants Bank Checking 8847 | $70.00 | Unknown | | $0.00 | Unknown |
| 3 | First Merchants Bank Checking 9961 | $1,490.00 | Unknown | | $0.00 | Unknown |
| 4 | EnerDel, Inc. Ownership: 100 % | $0.00 | Unknown | | $0.00 | Unknown |
| 5 | EnerFuel, Inc. (defunct entity) Ownership: 100 % | $0.00 | Unknown | | $0.00 | Unknown |
| 6 | Possible income tax refund | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

|  |  | **Gross Value of Remaining Assets** | |
|---|---|---|---|
| $1,690.00 | $0.00 | $0.00 | $0.00 |

---

**Major Activities affecting case closing:**

Order Granting Motion to Withdraw as Attorney, Doc 77

Efiled appearance for DJC, MRT and JTY, efiled appl to employ R&L, Doc 33, obj due 09/11/2023

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

/s/ DEBORAH J. CARUSO

DEBORAH J. CARUSO